**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-20548-GLT |
|    Robert E. Shifko and | ) | |
|    Amy M. Shifko, | ) | |
| | ) | Chapter 13 |
|    Debtors. | ) | |
| _____ | ) | |
|    Robert E.Shifko and | ) | |
|    Amy M. Shifko, | ) | |
| | ) | Related to Document No. |
|    Movants, | ) | |
| | ) | |
|    v. | ) | Hearing Date and Time: |
| | ) | |
|    Bank of America, | ) | |
| | ) | |
|    Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the forgoing Motion to Extend Loss Mitigation Period, Portal History and Proposed Order, on the following parties at the addresses listed below on June 13, 2017, via electronic mail and/or firstclass mail postage prepaid:

Jill Manuel-Coughlin, Esquire
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
*Attorney for Bank of America*

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  June 13, 2017          By:     /s/Amy L. Zema
                                                                Amy L. Zema, Esquire
                                                                PA ID 74701
                                                                2366 Golden Mile Hwy., #155
                                                                Pittsburgh, PA 15239
                                                                (412) 744-4450
                                                                amy@zemalawoffice.com