Case 17-20548-GLT    Doc 50    Filed 06/15/17    Entered 06/15/17 17:04:18    Desc Main
Document      Page 1 of 1

FILED
6/15/17 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-20548-GLT |
| | : | Chapter: | 13 |
| Robert E. Shifko | : | | |
| Amy M. Shifko | : | | |
| | : | Date: | 6/14/2017 |
| *Debtor(s)*. | : | Time: | 10:00 |

## PROCEEDING MEMO

*MATTER:*   #42 - Motion for Relief from Stay Filed by Fifth Third Bank
            #46 - Response filed by Debtor

*APPEARANCES:*

   Debtor:   Amy L. Zema
   5/3:      Lauren Karl

*NOTES:*

Karl - Aware that there as an issue with the wage attachment at the beginning of the case. Wages are now remitting and should be distributed. Agrees to a 30-day continuance to see if payments are made to the trustee.

Zema - No objection.

*OUTCOME:*

1. Matter continued for 60 days. (Text Order to issue).

**DATED:** 6/14/2017