FILED
6/26/17 8:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-20548-GLT |
| Robert E. Shifko and | ) | |
| Amy M. Shifko, | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | |
| | ) | |
| Robert E. Shifko and | ) | |
| Amy M. Shifko, | ) | |
| | ) | Related to Document No. 47 |
| Movants, | ) | |
| | ) | |
| v. | ) | Hearing Date and Time: |
| | ) | |
| Bank of America, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

A *Loss Mitigation Order* dated <u>March 1, 2017,</u> was entered in the above matter at Document No. <u>32</u>. On <u>June 13, 2017,</u> a ***Motion to Extend the Loss Mitigation Period*** was filed by <u>Robert E. Shifko and Amy M. Shifko</u> at Document No. <u>47</u>.

*AND NOW*, this <u>26th Day of June, 2017</u> __, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* <u>September 11, 2017</u>

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert E. Shifko  
Amy M. Shifko  
    Debtors

Case No. 17-20548-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Jun 26, 2017  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2017.  
db/jdb        +Robert E. Shifko,    Amy M. Shifko,    8486 State Route 819,    Greensburg, PA 15601-7525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2017 at the address(es) listed below:  
       Amy L. Zema     on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com  
       Amy L. Zema     on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com  
       James Warmbrodt     on behalf of Creditor     Fifth Third Bank bkgroup@kmllawgroup.com  
       Jill Manuel-Coughlin     on behalf of Creditor     The Bank Of New York Mellon, etal jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
       Karina Velter     on behalf of Creditor     WELLS FARGO BANK, N.A. amps@manleydeas.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                                 TOTAL: 7