FILED
8/8/17 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Robert E. Shifko<br>Amy M. Shifko,<br>            Debtors | Case No. 17-20548-GLT<br><br>CHAPTER 13 |
| Fifth Third Bank,<br>            Movant<br>vs. | Related to Document 42 & 54 |
| Robert E. Shifko<br>Amy M. Shifko,<br>            Respondents | |
| Ronda J. Winnecour,<br>            Chapter 13 Trustee | |

## ORDER OF COURT

AND NOW, this _8th Day of August,_ 2017, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and hereby is withdrawn without prejudice.

BY THE COURT:

_____ J.
U.S. Bankruptcy Judge    drb

Consented to by:

/s/ Amy L. Zema, Esquire
Amy L. Zema, Esquire
PA I.D. 74701
Attorney for Debtors
2366 Golden Mile Highway
# 1551400
Pittsburgh, PA 15239

/s/ James C. Warmbrodt, Esquire
James C. Warmbrodt, Esquire
PA I.D. 42524
Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Phone: 412-744-4450

amy@zemalawoffice.com

Phone: 215-627-1322
Fax: 215-627-7734

jwarmbrodt@kmllawgroup.com

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-20548-GLT
Robert E. Shifko                                                Chapter 13
Amy M. Shifko
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: culy              Page 1 of 1              Date Rcvd: Aug 08, 2017
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2017.
db/jdb         +Robert E. Shifko,   Amy M. Shifko,   8486 State Route 819,   Greensburg, PA 15601-7525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2017 at the address(es) listed below:
              Amy L. Zema    on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com
              Amy L. Zema    on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com
              James   Warmbrodt    on behalf of Creditor   Fifth Third Bank bkgroup@kmllawgroup.com
              Jill   Manuel-Coughlin    on behalf of Creditor    The Bank Of New York Mellon, etal jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Karina   Velter    on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7