## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-20548-GLT |
|     Robert E. Shifko and | ) | |
|     Amy F. Shifko, | ) | |
| | ) | Chapter 13 |
|     Debtors. | ) | |
| _____ | ) | |
|     Robert E. Shifko and | ) | |
|     Amy F. Shifko, | ) | |
| | ) | Related to Document No. |
|     Movants, | ) | |
| | ) | |
|     v. | ) | Hearing Date and Time: |
| | ) | |
|     Bank of America, | ) | |
| | ) | |
|     Respondent. | ) | |

## **CERTIFICATE OF SERVICE**

I, Amy L. Zema, Esquire, certify under penalty of perjury that on August 25, 2017, I served the Interim Mortgage Modification Order Document No. 37, via electronic mail to the Chapter 13 Trustee at LMP@chapter13trusteewdpa.com.


Date: August 25, 2017          By:     /s/Amy L. Zema
                                                        Amy L. Zema, Esquire
                                                        PA ID 74701
                                                        2366 Golden Mile Hwy., #155
                                                        Pittsburgh, PA 15239
                                                        (412) 744-4450
                                                        amy@zemalawoffice.com