Case 17-20548-GLT    Doc 66    Filed 08/26/17    Entered 08/27/17 00:52:01    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
8/24/17 9:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-20548-GLT |
|    Robert E. Shifko and | ) | |
|    Amy M. Shifko, | ) | |
| | ) | Chapter 13 |
|    Debtors. | ) | |
| _____ | ) | |
|    Robert E. Shifko and | ) | |
|    Amy M. Shifko, | ) | |
| | ) | Related to Document No. 58 |
|    Movants, | ) | |
| | ) | |
|    v. | ) | Hearing Date and Time: |
| | ) | |
|    Bank of America, | ) | |
| | ) | |
|    Respondent. | ) | |

**INTERIM MORTGAGE MODIFICATION ORDER**

On August 23, 2017, the above named Debtor(s) and Respondent Bank of America ("Creditor") entered into a trial modification (the "Trial Modification"), through the Court's *Loss Mitigation Program* (LMP), with respect to the first mortgage on the Debtors' residence. The terms of the Trial Modification require monthly payments in the amount of $1,846.68 ("Trial Payments") to begin on **September 1, 2017** and to continue in that amount until **November 1, 2017** (the "Trial Modification Period"). In light of the need for an immediate change in the distribution to the Creditor, the Debtor(s) request the Court to enter this *Interim Mortgage Modification Order* until a final, permanent modification can be presented to the Court for approval.

*AND NOW,* this 24th Day of August, 2017    , for the foregoing reasons it is hereby **ORDERED**, *ADJUDGED and DECREED* that:

(1)    The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor for the Trial Modification Period. Each Trial Payment shall be made in the

Amount of $1,846.48 for the following months: September, October and November. Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as the Trial Payments until further Order of Court.

(2)    In the event that a Permanent Modification is reached between the Parties, the Debtor **immediately** shall file a *Motion to Authorize the Loan Modification* in compliance with *W.PA.LBR 9020-6(d)*.

(3)    The LMP Period is extended until fourteen (14) days after the expiration of the Trial Modification Period. If the Debtor has not filed a *Motion to Authorize the Loan Modification* within fourteen (14) days after the expiration of the Trial Modification Period, then the Debtor shall **immediately** file and serve either a *Motion to Extend the Loss Modification Period* pursuant to *W.PA.LBR 9020-5(b)* or a *Motion to Terminate the Loss Modification Program* pursuant to *W.PA.LBR 9020-5(c)* that sets forth the specific reasons why an agreement was not reached.

(4)    Any Party may seek a further hearing regarding the amendment or termination of this *Order* at any time during the Trial Modification Period by filing an appropriate Motion.

(5)    Within three (3) days of entry of this *Order*, Debtor shall serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com** and Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    [Counsel for Creditor]
    Ronda J. Winnecour, Esq. Ch 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert E. Shifko
Amy M. Shifko
    Debtors

Case No. 17-20548-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Aug 24, 2017
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
db/jdb         +Robert E. Shifko,    Amy M. Shifko,    8486 State Route 819,    Greensburg, PA 15601-7525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:
         Amy L. Zema    on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com
         Amy L. Zema    on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com
         James Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
         Jill Manuel-Coughlin    on behalf of Creditor    The Bank Of New York Mellon, etal jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         Karina Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                      TOTAL: 7