WWR # 21385790

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Robert E. Shifko | ) | |
| Amy M. Shifko | ) | Bankruptcy No. 17-20548-GLT |
|       Debtor | ) | |
| | ) | Chapter 13 |
| LSF9 Master Participation Trust | ) | |
|       Movant | ) | |
| | ) | |
|     v. | ) | |
| Robert E. Shifko | ) | |
| Amy M. Shifko | ) | |
| Ronda J. Winnecour | ) | |
|       Respondents | ) | |

### NOTICE OF HEARING
### WITH RESPONSE DEADLINE
### ON MOTION OF LSF9 MASTER PARTICIPATION TRUST
### FOR RELIEF FROM AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than 10/23/2017, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on 11/01/2017 at 10:30 am before Judge Gregory L. Taddonio in 54th Floor, USX Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service: 10/05/2017

Attorney for Movant
/s/ Keri P. Ebeck
Keri P. Ebeck    PA I.D. #91298
Weltman, Weinberg & Reis Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA  15219    (412) 434-7955
kebeck@weltman.com