## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 17-20548-GLT |
|    Robert E. Shifko and ) | |
|    Amy M. Shifko, ) | |
| ) | Chapter 13 |
|    Debtors. ) | |
| _____ ) | |
|    Robert E.Shifko and ) | |
|    Amy M. Shifko, ) | |
| ) | Related to Document No. |
|    Movants, ) | |
| ) | |
|    v. ) | Hearing Date and Time: |
| ) | January 17, 2018 at 10:00 a.m. |
|    Bank of America, ) | |
| ) | |
|    Respondent. ) | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Authorize Loan Modification filed on November 19, 2017 at Document Number 79 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order Scheduling Hearing, objections to the Motion were to be filed and served no later than December 8, 2017.

It is hereby respectfully requested that the Order attached to the Motion to Authorize Loan Modification be entered by the Court.

Date: December 12, 2017                    By:    /s/Amy L. Zema
                                                                                                  Amy L. Zema, Esquire
                                                                                                    PA ID 74701
                                                                                                    2366 Golden Mile Hwy., #155
                                                                                                    Pittsburgh, PA 15239
                                                                                                    (412) 744-4450
                                                                                                    amy@zemalawoffice.com