FILED
12/13/17 9:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No. 17-20548-GLT | |
|     Robert E. Shifko and ) | | |
|     Amy M. Shifko, ) | | |
| ) | Chapter 13 | |
|     Debtors. ) | | |
| _____ ) | | |
|     Robert E.Shifko and ) | | |
|     Amy M. Shifko, ) | | |
| ) | Related to Document No. 79 | |
|     Movants, ) | | |
| ) | | |
| v. ) | Hearing Date and Time: | |
| ) | | |
|     Bank of America, ) | | |
| ) | | |
|     Respondent. ) | | |

## ORDER OF COURT

AND NOW, upon consideration of Debtors' Motion to Authorize Loan Modification, it is hereby ORDERED as follows:

1.     The Debtors are approved to enter into a Loan Modification agreement with Bank of America under the following terms:

    a.     Principal balance: $194,439.06
    b.     Effective Date:  December 1, 2017
    c.     End Date: April 1, 2035
    d.     Payment schedule as follows:

| | **LOAN MODIFICATION TERMS** |
|---|---|
| Unpaid Principal Balance | $194,439.06 |
| Arrearages | $0.00 |
| Maturity Date | April 1, 2035 |
| Interest Rate | 5.625% |
| Total payment including escrow | $1,845.13 |
| Effective Date | December 1, 2017 |

2. If the loan modification approved by the Court impacts the provisions of the debtors' Chapter 13 plan, a modified plan shall be filed within fourteen (14) days of the entry of the order approving the loan modification.

3. If the loan modification approved by the Court results in a material change in the debtor's expenses, the debtors shall file an amendment to the impacted schedules reflecting income and expenses (Schedules I and J) within fourteen (14) days of the entry of the order approving the loan modification.

Dated: __December 13, 2017

_____
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert E. Shifko
Amy M. Shifko
    Debtors

Case No. 17-20548-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Dec 13, 2017
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.
db/jdb       +Robert E. Shifko,    Amy M. Shifko,    8486 State Route 819,    Greensburg, PA 15601-7525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
         Amy L. Zema    on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com
         Amy L. Zema    on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com
         James Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
         Jerome B. Blank    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com
         Jill Manuel-Coughlin    on behalf of Creditor    The Bank Of New York Mellon, etal jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         Karina Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
         Keri P. Ebeck    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST kebeck@weltman.com,
          jbluemle@weltman.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Thomas Song    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
          thomas.song@phelanhallinan.com
                                                                                                     TOTAL: 10