**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                  Bankruptcy Case No.: 17−20548−GLT
                                        Related to Docket No. 85
                                        Chapter: 13
                                        Docket No.: 87 − 85
                                        Conciliation Conference Date: 1/25/18 at 11:00 AM

**Robert E. Shifko**
   Debtor(s)                            Amy M. Shifko

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____          _____
              (Date)                                    (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-20548-GLT
Robert E. Shifko                                                Chapter 13
Amy M. Shifko
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2        User: dbas            Page 1 of 1         Date Rcvd: Dec 21, 2017
                            Form ID: 150          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db/jdb         +Robert E. Shifko,   Amy M. Shifko,    8486 State Route 819,   Greensburg, PA 15601-7525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
```
              Amy L. Zema    on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com
              Amy L. Zema    on behalf of Plaintiff Amy M. Shifko amy@zemalawoffice.com
              Amy L. Zema    on behalf of Plaintiff Robert E. Shifko amy@zemalawoffice.com
              Amy L. Zema    on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com
              James   Warmbrodt    on behalf of Creditor   Fifth Third Bank bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com
              Jill  Manuel-Coughlin     on behalf of Creditor    The Bank Of New York Mellon, etal jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Karina   Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Keri P. Ebeck    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
               thomas.song@phelanhallinan.com
                                                                                             TOTAL: 12
```