Form 202

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert E. Shifko
Amy M. Shifko**
Debtor(s)

Bankruptcy Case No.: 17–20548–GLT
Related to Docket No. 85
Chapter: 13
Docket No.: 87 – 85
Concil. Conf.: January 25, 2018 at 11:00 AM

**ORDER SCHEDULING DATES FOR HEARING ON
AND OBJECTION TO AMENDED PLAN DATED 12/20/2017**

**IT IS HEREBY ORDERED** that the Debtor(s) shall *immediately* serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

*On or before January 11, 2018,* all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. *Objections which are not timely filed will not be considered.*

*On January 25, 2018 at 11:00 AM,* a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: December 21, 2017

cm: Proponent of the Amended Plan

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert E. Shifko
Amy M. Shifko
    Debtors

Case No. 17-20548-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 1     Date Rcvd: Dec 21, 2017
Form ID: 202     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
db/jdb     +Robert E. Shifko,  Amy M. Shifko,  8486 State Route 819,  Greensburg, PA 15601-7525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:

    Amy L. Zema    on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com
    Amy L. Zema    on behalf of Plaintiff Amy M. Shifko amy@zemalawoffice.com
    Amy L. Zema    on behalf of Plaintiff Robert E. Shifko amy@zemalawoffice.com
    Amy L. Zema    on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com
    James Warmbrodt    on behalf of Creditor  Fifth Third Bank bkgroup@kmllawgroup.com
    Jerome B. Blank    on behalf of Creditor  LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com
    Jill Manuel-Coughlin    on behalf of Creditor  The Bank Of New York Mellon, etal jill@pkallc.com,
     chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
    Karina Velter    on behalf of Creditor  WELLS FARGO BANK, N.A. amps@manleydeas.com
    Keri P. Ebeck    on behalf of Creditor  LSF9 MASTER PARTICIPATION TRUST kebeck@weltman.com,
     jbluemle@weltman.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    Thomas Song    on behalf of Creditor  LSF9 MASTER PARTICIPATION TRUST
     thomas.song@phelanhallinan.com

    TOTAL: 12