# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-20548-GLT |
|    Robert E. Shifko, | ) | |
|    Amy M. Shifko | ) | |
|       Debtors. | ) | Chapter 13 |
| _____ | ) | |
|    Robert E. Shifko, | ) | |
|    Amy M. Shifko, | ) | |
|       Movants, | ) | |
| | ) | Document No. |
| v. | ) | |
| | ) | Related to Doc. No. |
|    Bank of America, | ) | |
|       Respondent. | ) | |

## **CERTIFICATE OF SERVICE**

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the Loss Mitigation Final Report and Portal History on the following parties at the addresses listed below on December 22, 2017, via electronic mail and/or first class mail postage prepaid:

Jill Manuel-Coughlin, Esquire  
8 Neshaminy Interplex, Suite 215  
Trevose, PA 19053  
*Attorney for Bank of America*

Ronda J. Winnecour, Esquire  
Office of Chapter 13 Trustee  
3250 USX Tower  
600 Grant Street  
Pittsburgh, PA 15219

Office of U.S. Trustee  
970 Liberty Center  
1001 Liberty Avenue  
Pittsburgh, PA 15222

Date: December 27, 2017          By:    /s/Amy L. Zema  
                                                                    Amy L. Zema, Esquire  
                                                                    PA ID 74701  
                                                                    2366 Golden Mile Hwy., #155  
                                                                    Pittsburgh, PA 15239  
                                                                    (412) 744-4450  
                                                                    amy@zemalawoffice.com