# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-20548-GLT |
| Robert E. Shifko, | ) | |
| Amy M. Shifko | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |
| Robert E. Shifko, | ) | |
| Amy M. Shifko, | ) | |
| Movants, | ) | |
| | ) | Document No. |
| v. | ) | |
| | ) | Related to Doc. No. |
| Bank of America, | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the forgoing Loss Mitigation Status Report and Portal History on the following parties at the addresses listed below on January 2, 2018, via electronic mail and/or first class mail postage prepaid:

Jill Manuel-Coughlin, Esquire
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
*Attorney for Bank of America*

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: January 2, 2018        By:   /s/Amy L. Zema
                                    Amy L. Zema, Esquire
                                    PA ID 74701
                                    2366 Golden Mile Hwy., #155
                                    Pittsburgh, PA 15239
                                    (412) 744-4450
                                    amy@zemalawoffice.com