17-0290

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robert E. Shifko<br>Amy M. Shifko<br>　　　　　　　　　　Debtor(s) | 17-20548 GLT<br><br>Chapter 13 Proceeding |
| THE BANK OF NEW YORK MELLON , FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-11CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11CB<br>　　　　　　　　　　Movant<br>v.<br>Robert E. Shifko<br>Amy M. Shifko<br> and<br>Ronda J. Winnecour, Esquire<br>　　　　　　　　　　Respondents | Related to Document #24: |

## **PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

TO THE COURT:

　　　Movant, THE BANK OF NEW YORK MELLON , FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-11CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11CB, respectfully withdraws its Objection to Confirmation, which was filed on 03/03/2017, at docket #24.

　　　　　　　　　　　　　　　　　　　　POWERS KIRN & ASSOCIATES, LLC

　　　　　　　　　　　　　　　　　　　　By: /s/ Jill Manuel-Coughlin, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney ID# 63252
　　　　　　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　　　　　Telephone: 215-942-2090
　　　　　　　　　　　　　　　　　　　　E-mail: Jill@pkjllc.com
　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　Dated:  January 24, 2018

17-0290

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robert E. Shifko<br>Amy M. Shifko<br>                              Debtor(s)<br>THE BANK OF NEW YORK MELLON , FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-11CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11CB<br>                              Movant<br>v.<br>Robert E. Shifko<br>Amy M. Shifko<br> and<br>Ronda J. Winnecour, Esquire<br>                              Respondents | 17-20548 GLT<br><br>Chapter 13 Proceeding<br><br><br>Related to Document #24: |

## CERTIFICATION OF SERVICE OF
## PRAECIPE TO WITHDRAW

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on January 19, 2018:

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

**Parties Served via Electronic Notification:**

Amy L. ZemaEsquire
Attorney for Debtor(s)

Ronda J. Winnecour, Esquire
600 Grant Street, Suite 3250
Pittsburgh PA  15219
Trustee

**Parties Serviced via First Class Mail:**


POWERS KIRN & ASSOCIATES, LLC

By: <u>/s/ Jill Manuel-Coughlin, Esquire</u>
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
E-mail: Jill@pkjllc.com
Attorney for Movant