FILED
1/25/18 9:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

17-0290

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robert E. Shifko<br>Amy M. Shifko<br>　　　　　　　　　　　　Debtor(s) | 17-20548 GLT<br><br>Chapter 13 Proceeding |
| THE BANK OF NEW YORK MELLON , FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-11CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11CB<br>　　　　　　　　　　　　Movant<br>v.<br>Robert E. Shifko<br>Amy M. Shifko<br> and<br>Ronda J. Winnecour, Esquire<br>　　　　　　　　　　　　Respondents | Related to Document #24 & 96 |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

TO THE COURT:

　　Movant, THE BANK OF NEW YORK MELLON , FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-11CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11CB, respectfully withdraws its Objection to Confirmation, which was filed on 03/03/2017, at docket #24.

　　　　　　　　　　　　　　　　　　　　POWERS KIRN & ASSOCIATES, LLC

　　　　　　　　　　　　　　　　　　　　By: /s/ Jill Manuel-Coughlin, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney ID# 63252
　　　　　　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　　　　　Telephone: 215-942-2090
　　　　　　　　　　　　　　　　　　　　E-mail: Jill@pkjllc.com
　　　　　　　　　　　　　　　　　　　　Attorney for Movant
**SO ORDERED**　　　　　　　　　　　　Dated:  January 24, 2018
January 25, 2018

*[signed]* drb

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert E. Shifko
Amy M. Shifko
    Debtors

Case No. 17-20548-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Jan 25, 2018
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.
db/jdb         +Robert E. Shifko,    Amy M. Shifko,    8486 State Route 819,    Greensburg, PA 15601-7525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:
           Amy L. Zema    on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com
           Amy L. Zema    on behalf of Plaintiff Amy M. Shifko amy@zemalawoffice.com
           Amy L. Zema    on behalf of Plaintiff Robert E. Shifko amy@zemalawoffice.com
           Amy L. Zema    on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com
           James Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
           Jerome B. Blank    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com
           Jill Manuel-Coughlin    on behalf of Creditor    The Bank Of New York Mellon, etal jill@pkallc.com,
       chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           Karina Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
           Karina Velter    on behalf of Defendant    Wells Fargo Bank amps@manleydeas.com
           Keri P. Ebeck    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST kebeck@weltman.com,
       jbluemle@weltman.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           Thomas Song    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com
                                                                                             TOTAL: 13