Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert E. Shifko
Amy M. Shifko**
  Debtor(s)

Bankruptcy Case No.: 17–20548–GLT
Issued Per 1/25/2018 Proceeding
Chapter: 13
Docket No.: 100 – 85
Concil. Conf.: January 25, 2018 at 11:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)* **PLAN CONFIRMATION:**

  IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 20, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jan. 25, 2018 at 11:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 3 of Fith Third Bank at modified terms of the plan. .

☐ H.  Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: January 29, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-20548-GLT
Robert E. Shifko                                                    Chapter 13
Amy M. Shifko
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 3             Date Rcvd: Jan 29, 2018
                              Form ID: 149            Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
```
db/jdb         +Robert E. Shifko,    Amy M. Shifko,    8486 State Route 819,    Greensburg, PA 15601-7525
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    PO Box 31785,    TAMPA, FL  33631-3785
14364763       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
14401040        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14364764      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998)
14391267       +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
14391268        Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
14364772       +CP/Bon Ton,    PO Box 182789,    Columbus, OH 43218-2789
14364766       +Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
14364767       +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
14640408        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14364768       +Capital One/Justice,    PO Box 30253,    Salt Lake City, UT 84130-0253
14631469       +Cavalry Spv I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
14364769       +Chase/Bank One Card Serv.,    PO Box 15298,    Wilmington, DE 19850-5298
14364770       +Chase/Best Buy,    PO Box 15298,    Wilmington, DE 19850-5298
14364771       +Commenity Bank/Victoria Secret,    PO Box 182789,    Columbus, OH 43218-2789
14364773       +DSNB/Macy’s,    PO Box 8113,    Monroe, OH 45040-8113
14635304        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14364774        Exxon Mobile/Citibank CBNA,    PO Box 5497,    Sioux Falls, SD 57117
14364775      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,     5050 Kingsley Drive,    Cincinnati, OH 45263)
14364777       +FNB/Omaha,    POB 3412,    Omaha, NE 68197-0001
14375220       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14373377       +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14364778       +HAB-DLT,    Berkheimer,    PO Box 25103,    Lehigh Valley, PA 18002-5153
14364779       +Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14364782        Kohl’s Department Store,    PO Box 3115,    Milwaukee, MO 63930-5049
14728857       +Navient Solutions, LLC. on behalf of,    Massachusetts Higher Education Assistanc,
                 d/b/a American Student Assistance,    100 Cambridge Street, Suite 1600,    Boston, MA 02114-2567
14364784       +Pennsylvania Office of Attorney General,     564 Forbes Ave. #6,    Pittsburgh, PA 15219-2903
14364786        Portfolio Recovery Associates,    120 Corporate Blvd.,    Cumberland, MD 21502
14364791       +SYNCB/Evin Live,    PO Box 965005,    Orlando, FL 32896-5005
14364787       +Sears/CNBA,    PO Box 6282,    Sioux Falls, SD 57117-6282
14364788       +Sunoco Citibank,    POB 6497,    Sioux Falls, SD 57117-6497
14364802       +TD Bank USA/Target,    PO Box 673,    Minneapolis, MN 55440-0673
14364806      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank,     PO box 108,    Saint Louis, MO 63166)
14364803       +United Revenue Collection,    PO Box 1184,    Langhorne, PA 19047-6184
14364804       +United States Attorney’s Office,    Western District of Pennsylvania,
                 Joseph F . Weis United States Courthouse,    700 Grant Street, Suite 4000,
                 Pittsburgh, PA 15219-1956
14364805       +Universal CD CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14364809       +WF CRD Svc,    PO Box 14517,    Des Moines, IA 50306-3517
14416069        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
14631901        Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14389293       +Wells Fargo Bank, NA,    Home Equity Group,    1 Home Campus, X2303-01A,
                 Des Moines, IA 50328-0001
14364807       +Wells Fargo Education Service,    PO Box 84712,    Sioux Falls, SD 57118-4712
14364808       +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14364765       +E-mail/Text: bankruptcy@cavps.com Jan 30 2018 02:11:56     Calvary Portfolio Services,
                 500 Smmit Lake Dr., Ste. 4A,    Valhalla, NY 10595-2323
14635881       +E-mail/Text: bankruptcy@cavps.com Jan 30 2018 02:11:56     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14364776       +E-mail/Text: bankruptcynotice@fcbanking.com Jan 30 2018 02:11:02     First Commonwealth Bank,
                 22 N. 6th St.,    Indiana, PA 15701-1802
14364780        E-mail/Text: cio.bncmail@irs.gov Jan 30 2018 02:11:08     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14364781       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jan 30 2018 02:11:51     Key Bank,
                 4910 Tiedeman Rd.,    Cleveland, OH 44144-2338
14642029       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jan 30 2018 02:11:51     KeyBank N.A.,
                 4910 Tiedeman Road,    Brooklyn, OH 44144-2338
14407006        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 30 2018 02:16:48
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0315-2          User: dbas                 Page 2 of 3              Date Rcvd: Jan 29, 2018
                              Form ID: 149               Total Noticed: 69
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14411689       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 30 2018 02:11:37     MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14364785        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 02:25:29
                 Portfolio Recovery Associates,    120 Corporate Blvd.,    Ste. 100,   Norfolk, VA 23502
14642104        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 02:39:34
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14368246        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 30 2018 02:11:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
14364783       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 30 2018 02:11:27
                 Pennsylvania Department of Revenue,    Department 280946,   Harrisburg, PA 17128-0001
14391500        E-mail/Text: bnc-quantum@quantum3group.com Jan 30 2018 02:11:16
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
14364789       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:08      SYNCB/BP,   PO Box 965024,
                 Orlando, FL 32896-5024
14364790       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:16:41      SYNCB/Dicks,   PO Box 965036,
                 Orlando, FL 32896-5036
14364792       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:08      SYNCB/JC Penneys,   PO Box 965036,
                 Orlando, FL 32896-5036
14364793       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:36      SYNCB/Lowes DC,   PO Box 965005,
                 Orlando, FL 32896-5005
14364794       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:16:41      SYNCB/Old Navy,   PO Box 965005,
                 Orlando, FL 32896-5005
14364795       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:36      SYNCB/Paypal Extras MC,
                 PO Box 965005,   Orlando, FL 32896-5005
14364796       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:16:42      SYNCB/QVC,   PO Box 965005,
                 Orlando, FL 32896-5005
14364797       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:08      SYNCB/Roomful Express,
                 PO Box 965036,   Orlando, FL 32896-5036
14364799       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:36      SYNCBT/TJ Maxx,   PO Box 965036,
                 FL 32896-5036
14364798       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:37      Syncb/Sams Club,   PO Box 965005,
                 Orlando, FL 32896-5005
14364800       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:37      SynchbToysrus,   PO box 965036,
                 Orlando, FL 32896-5036
14364801       +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2018 02:17:09      Synchrony Bank/Walmart,
                 PO Box 965024,   Orlando, FL 32896-5024
14402456       +E-mail/Text: bncmail@w-legal.com Jan 30 2018 02:11:49     TD Bank USA, N.A.,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 26

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Fifth Third Bank
cr             LSF9 MASTER PARTICIPATION TRUST
cr             The Bank Of New York Mellon, etal
cr             WELLS FARGO BANK, N.A.
                                                                                   TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: dbas                  Page 3 of 3                  Date Rcvd: Jan 29, 2018
                               Form ID: 149                Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2018 at the address(es) listed below:

```
              Amy L. Zema    on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com
              Amy L. Zema    on behalf of Plaintiff Amy M. Shifko amy@zemalawoffice.com
              Amy L. Zema    on behalf of Plaintiff Robert E. Shifko amy@zemalawoffice.com
              Amy L. Zema    on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com
              James Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com,
               jbluemle@weltman.com
              Jerome B. Blank    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    The Bank Of New York Mellon, etal jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Karina Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Karina Velter    on behalf of Defendant    Wells Fargo Bank amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com
                                                                                             TOTAL: 13
```