UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF
PENNSYLVANIA

In RE:                                          Case No.  17-20548
   ROBERT E SHIFKO                         Claim No.  5
   AMY M SHIFKO

NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both NOTICES and PAYMENTS, listed in the above stated case be changed;

**Address where Notices to the creditor be sent:**

| FROM: | TO: |
|---|---|
| Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A. |
| Home Equity Group | Default Document Processing |
| 1 Home Campus X2303-01A | N9286-01Y, 1000 Blue Gentian Road |
| Des Moines, IA 50328 | Eagan, MN 55121-7700 |

**Address where Payment to the creditor be sent:**

| FROM: | TO: |
|---|---|
| Wells Fargo Operations Center | Wells Fargo Bank, N.A. |
| P.O. Box 31557  B6955-01B | Attention: Payment Processing |
| Billings, MT  59107 | MAC# X2302-04C, 1 Home Campus |
|  | Des Moines IA 50328 |

Dated: 3/7/18

Creditor's/Authorized Agent for Wells Fargo Bank, N.A.

[Stamp: RECEIVED 2018 MAR 12 P 12:04 U.S. BANKRUPTCY COURT CLERK PITTSBURGH]