**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ROBERT E. SHIFKO | Case No. 17-20548GLT |
| AMY M. SHIFKO | |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| BANK OF NEW YORK MELLON - TRUSTEE | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court. LOAN TO BE SERVICE RELEASED 3/16/18.

BANK OF NEW YORK MELLON - TRUSTEE    Court claim# 6-2/Trustee CID# 69
C/O BANK OF AMERICA
RETAIL PAYMENT SERVICES
PO BOX 660933
DALLAS, TX 75266-0933

The Movant further certifies that on 03/13/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
ROBERT E. SHIFKO, AMY M. SHIFKO,
8486 STATE ROUTE 819,
GREENSBURG, PA  15601

:
BAYVIEW LOAN SERVICING LLC**,
4425 PONCE DE LEON BLVD 5TH FL,
CORAL GABLES, FL  33146

ORIGINAL CREDITOR:
BANK OF NEW YORK MELLON - TRUSTEE, C/O BANK OF AMERICA, RETAIL PAYMENT SERVICES, PO BOX 660933, DALLAS, TX  75266-0933

NEW CREDITOR:

DEBTOR'S COUNSEL:
AMY L ZEMA ESQ, 2366 GOLDEN MILE HWY #155, PITTSBURGH, PA 15239-2710

ORIGINAL CREDITOR'S COUNSEL:
JILL MANUEL-COUGHLIN ESQ, POWERS KIRN & ASSOCIATES LLC, EIGHT NESHAMINITY INTERPLEX - STE 215, TREVOSE, PA  19053