2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-20548-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert E. Shifko
8486 State Route 819
Greensburg PA 15601

Amy M. Shifko
8486 State Route 819
Greensburg PA 15601

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/13/2018.

Name and Address of Alleged Transferor(s):

Claim No. 6: Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785

Name and Address of Transferee:

THE BANK OF NEW YORK MELLON
Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables FL 33146

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/15/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                         Case No. 17-20548-GLT
Robert E. Shifko                                                                               Chapter 13
Amy M. Shifko
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: culy                    Page 1 of 1                  Date Rcvd: Apr 13, 2018
                                  Form ID: trc                  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2018.
14391268          Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2018 at the address(es) listed below:
              Amy L. Zema    on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com
              Amy L. Zema    on behalf of Plaintiff Amy M. Shifko amy@zemalawoffice.com
              Amy L. Zema    on behalf of Plaintiff Robert E. Shifko amy@zemalawoffice.com
              Amy L. Zema    on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com
              James Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com,
               PitEcf@weltman.com
              Jerome B. Blank    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com
              Jill Manuel-Coughlin    on behalf of Creditor    The Bank Of New York Mellon, etal jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Karina Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Karina Velter    on behalf of Defendant    Wells Fargo Bank amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com
                                                                                             TOTAL: 13