# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-20548-GLT |
| ROBERT E. SHIFKO, | : | |
| AMY M. SHIFKO, | : | |
|     Debtor(s) | : | |
| | : | Chapter 13 |
| | : | |
| ROBERT E. SHIFKO, | : | |
|     Movant, | : | Document No. |
| v. | : | |
| | : | Related to Doc. No. 116, 117 |
| | : | |
| | : | Hearing Date and Time: |
| UPMC COMMUNITY MEDICINE, INC., | : | March 13, 2019 at 11:00 a.m. |
| Respondents | | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO TERMINATE WAGE ATTACHMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment filed on February 13, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order Scheduling Dates for Response and Hearing on Motion, objections to the Motion were to be filed and served no later than March 4, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date:  March 9, 2019              /s/Amy L. Zema
                                                            Amy L. Zema, Esquire
                                                            PA ID: 74701
                                                            2366 Golden Mile Highway, #155
                                                            Pittsburgh, PA 15239
                                                            (412) 744-4450
                                                            amy@zemalawoffice.com
                                                            *Attorney for Debtors*

: