FILED
3/11/19 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>ROBERT E. SHIFKO,<br>AMY M. SHIFKO,<br>    Debtor(s) | : : : : : : | Bankruptcy No. 17-20548-GLT<br><br>Chapter 13 |
| ROBERT E. SHIFKO,<br>    Movant,<br>v.<br><br>UPMC COMMUNITY MEDICINE, INC.,<br>Respondents | : : : : : : : : : | Motion No. X WO-1<br>Motion No. ☐ WO-2<br><br>Document No.<br><br>Related to Document No. 116 |

### ORDER TO TERMINATE WAGE ATTACHMENT

Upon consideration of Debtor's Motion to Terminate Wage Attachment, it is hereby ORDERED that said Motion is GRANTED. The wage attachment as to UPMC Community Medicine, Inc. as to Debtor's employment is HEREBY terminated.

Date:  March 11, 2019

Gregory J. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert E. Shifko  
Amy M. Shifko  
    Debtors

Case No. 17-20548-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy                    Page 1 of 1                    Date Rcvd: Mar 11, 2019  
                        Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.  
db/jdb         +Robert E. Shifko,    Amy M. Shifko,    8486 State Route 819,    Greensburg, PA 15601-7525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2019 at the address(es) listed below:

        Amy L. Zema    on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com  
        Amy L. Zema    on behalf of Plaintiff Amy M. Shifko amy@zemalawoffice.com  
        Amy L. Zema    on behalf of Plaintiff Robert E. Shifko amy@zemalawoffice.com  
        Amy L. Zema    on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com  
        James  Warmbrodt     on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com  
        James P. Valecko    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com,    PitEcf@weltman.com  
        Jerome B. Blank    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com  
        Jill  Manuel-Coughlin    on behalf of Creditor    The Bank Of New York Mellon, etal jill@pkallc.com,    chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com    ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
        Karina  Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
        Karina  Velter    on behalf of Defendant    Wells Fargo Bank amps@manleydeas.com  
        Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC pabk@logs.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Thomas  Song    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com  
                                                                                                TOTAL: 14