**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT E. SHIFKO<br>AMY M. SHIFKO<br><br>          Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>          Movant<br>     vs.<br>BANK OF NEW YORK MELLON - TRUSTEE<br>          Respondents | Case No. 17-20548GLT<br><br><br>Chapter 13<br><br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to SHELLPOINT MORTGAGE SERVICING. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

BANK OF NEW YORK MELLON - TRUSTEE     Court claim# 6-2/Trustee CID# 69
C/O BAYVIEW LOAN SERVICING LLC
4425 PONCE DE LEON BLVD 5TH FL
CORAL GABLES, FL 33146

The Movant further certifies that on 02/04/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

DEBTOR(S):
ROBERT E. SHIFKO, AMY M. SHIFKO, 8486 STATE ROUTE 819, GREENSBURG, PA  15601

ORIGINAL CREDITOR:
BANK OF NEW YORK MELLON - TRUSTEE, C/O BAYVIEW LOAN SERVICING LLC, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL  33146

ORIGINAL CREDITOR'S COUNSEL:
KEVIN S FRANKEL ESQ, SHAPIRO & DENARDO LLC, 3600 HORIZON DR STE 150, KING OF PRUSSIA, PA 19406

NEW CREDITOR:
SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274

DEBTOR'S COUNSEL:
AMY L ZEMA ESQ, 2366 GOLDEN MILE HWY #155, PITTSBURGH, PA 15239-2710

:
SHELLPOINT MORTGAGE SERVICING, PO BOX 740039, CINCINNATI, OH  45274-0039