**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-20548-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Robert E. Shifko<br>8486 State Route 819<br>Greensburg PA 15601 | Amy M. Shifko<br>8486 State Route 819<br>Greensburg PA 15601 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/14/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO<br>P.O. Box 10826<br>Greenville, SC  29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/20/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert E. Shifko
Amy M. Shifko
    Debtors

Case No. 17-20548-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 1      Date Rcvd: Feb 18, 2020
                       Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
14810974    +THE BANK OF NEW YORK MELLON,   Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,   Coral Gables FL 33146-1837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2020 at the address(es) listed below:

    Amy L. Zema    on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com
    Amy L. Zema    on behalf of Plaintiff Amy M. Shifko amy@zemalawoffice.com
    Amy L. Zema    on behalf of Plaintiff Robert E. Shifko amy@zemalawoffice.com
    Amy L. Zema    on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com
    James Warmbrodt    on behalf of Creditor   Fifth Third Bank bkgroup@kmllawgroup.com
    James P. Valecko    on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com, PitEcf@weltman.com
    Jerome B. Blank    on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com
    Jill Manuel-Coughlin    on behalf of Creditor   The Bank Of New York Mellon, etal bankruptcy@powerskirn.com
    Karina Velter    on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
    Karina Velter    on behalf of Defendant   Wells Fargo Bank amps@manleydeas.com
    Kevin Scott Frankel    on behalf of Creditor   Bayview Loan Servicing, LLC pabk@logs.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    Thomas Song    on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com
    TOTAL: 14