**Form 151**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert E. Shifko
Amy M. Shifko**
   Debtor(s)

Bankruptcy Case No.: 17−20548−GLT
Related to Docket No. 131
Chapter: 13
Docket No.: 132 − 131
Concil. Conf.: March 11, 2021 at 10:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, \_\_\_\_\_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____    _____
                   (Date)                                             (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 17-20548-GLT |
|---|---|
| Robert E. Shifko | Chapter 13 |
| Amy M. Shifko | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dbas | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2021 | Form ID: 151 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert E. Shifko, Amy M. Shifko, 8486 State Route 819, Greensburg, PA 15601-7525 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | |
| | on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com |
| Amy L. Zema | |
| | on behalf of Plaintiff Amy M. Shifko amy@zemalawoffice.com |
| Amy L. Zema | |
| | on behalf of Plaintiff Robert E. Shifko amy@zemalawoffice.com |
| Amy L. Zema | |
| | on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com |
| Brian Nicholas | |
| | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| James P. Valecko | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 2 of 2 |
| Date Rcvd: Feb 09, 2021 | Form ID: 151 | Total Noticed: 1 |

|  |  |
|---|---|
| | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com  PitEcf@weltman.com |
| Jerome B. Blank | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor The Bank Of New York Mellon  etal bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| Karina Velter | on behalf of Defendant Wells Fargo Bank amps@manleydeas.com |
| Kevin Scott Frankel | on behalf of Creditor Bayview Loan Servicing  LLC pabk@logs.com |
| Mario J. Hanyon | on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com |

TOTAL: 15