# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Withdrawal of Appearances by Karina Velter in Various Open Cases, and Entry of Appearance of Replacement Counsel Stephen R. Franks in Various Open Cases**

Miscellaneous Case No: 21-205 CMB

## ORDER GRANTING OMNIBUS MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE ATTORNEY IN VARIOUS PENDING CASES PURSUANT TO WDPA LBR 9010-2(g)

AND NOW, this __4th__ day of _____March_____, 20__21__, upon consideration of the Omnibus Motion to Withdraw and Substitute Attorney and for good cause shown, the Clerk of Courts for the Western District of Pennsylvania, Bankruptcy Division shall substitute attorney Stephen R. Franks as the attorney of record for all open cases listed on the Exhibit attached to Movant's Motion to Substitute.

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
3/4/21 7:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

20-018890_EHC