Form 235

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF PENNSYLVANIA | 136 − 131<br>dbas |

In re:  :  Bankruptcy Case No.: 17−20548−GLT
:
:  Chapter: 13
:  Issued per the 3/11/2021 Proceeding

**Robert E. Shifko**
   Debtor(s)

Amy M. Shifko

## ORDER OF COURT CONFIRMING PLAN
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

**(1.)    PLAN CONFIRMATION:**

      IT IS HEREBY ORDERED that the Plan dated February 8, 2021 is CONFIRMED. A copy of this plan was previously mailed to you.

**(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**(3.)    IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: March 12, 2021
cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert E. Shifko  
Amy M. Shifko  
    Debtors

Case No. 17-20548-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 4  
Date Rcvd: Mar 12, 2021     Form ID: 235     Total Noticed: 75

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert E. Shifko, Amy M. Shifko, 8486 State Route 819, Greensburg, PA 15601-7525 |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | | WELLS FARGO BANK, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14364763 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14401040 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14364764 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998 |
| 14391267 | + | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14391268 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14804006 | + | Bayview Loan Servicing, LLC, c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14640408 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14631469 | + | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14880356 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14364774 | | Exxon Mobile/Citibank CBNA, PO Box 5497, Sioux Falls, SD 57117 |
| 14364775 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 14364777 | + | FNB/Omaha, POB 3412, Omaha, NE 68197-0001 |
| 14375220 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14364778 | + | HAB-DLT, Berkheimer, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14364782 | | Kohl's Department Store, PO Box 3115, Milwaukee, MO 63930-5049 |
| 14373377 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14364784 | + | Pennsylvania Office of Attorney General, 564 Forbes Ave. #6, Pittsburgh, PA 15219-2903 |
| 14364786 | | Portfolio Recovery Associates, 120 Corporate Blvd., Cumberland, MD 21502 |
| 14364800 | + | SynchbToysrus, PO box 965036, Orlando, FL 32896-5036 |
| 14364802 | + | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14810974 | + | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 15199590 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14364806 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, PO box 108, Saint Louis, MO 63166 |
| 14364803 | + | United Revenue Collection, PO Box 1184, Langhorne, PA 19047-6184 |
| 14364804 | + | United States Attorney's Office, Western District of Pennsylvania, Joseph F . Weis United States Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14364805 | + | Universal CD CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14364809 | + | WF CRD Svc, PO Box 14517, Des Moines, IA 50306-3517 |
| 14416069 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14631901 | | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14389293 | | Wells Fargo Bank, NA, Default Document Processing, N9286-01Y, 1000 Blue Gentian Rd., Eagan, MN 55121-7700 |
| 14364807 | + | Wells Fargo Education Service, PO Box 84712, Sioux Falls, SD 57118-4712 |
| 14364808 | + | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 37

| District/off: 0315-2 | User: dbas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 12, 2021 | Form ID: 235 | Total Noticed: 75 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14364772 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2021 03:25:00 | CP/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 14364765 | + | Email/Text: bankruptcy@cavps.com | Mar 13 2021 03:26:00 | Calvary Portfolio Services, 500 Smmit Lake Dr., Ste. 4A, Valhalla, NY 10595-2323 |
| 14364766 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 13 2021 02:25:51 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14364767 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 13 2021 02:25:50 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14364768 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 13 2021 02:25:51 | Capital One/Justice, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14635881 | + | Email/Text: bankruptcy@cavps.com | Mar 13 2021 03:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14364771 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2021 03:25:00 | Commenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14364773 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2021 02:26:15 | DSNB/Macy's, PO Box 8113, Monroe, OH 45040 |
| 14635304 | | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2021 03:25:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14364776 | + | Email/Text: bankruptcynotice@fcbanking.com | Mar 13 2021 03:25:00 | First Commonwealth Bank, 22 N. 6th St., Indiana, PA 15701-1802 |
| 14364779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2021 02:26:15 | Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14364780 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 13 2021 03:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14364769 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 13 2021 02:25:47 | Chase/Bank One Card Serv., PO Box 15298, Wilmington, DE 19850 |
| 14364770 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 13 2021 02:38:35 | Chase/Best Buy, PO Box 15298, Wilmington, DE 19850 |
| 14364781 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 13 2021 03:26:00 | Key Bank, 4910 Tiedeman Rd., Cleveland, OH 44144-2338 |
| 14642029 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 13 2021 03:26:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14407006 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2021 02:14:38 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14411689 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 13 2021 03:25:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14364785 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2021 02:14:28 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14642104 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2021 02:25:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14364783 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2021 03:25:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0001 |
| 14368246 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2021 03:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14391500 | | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2021 03:25:00 | Quantum3 Group LLC as agent for, Comenity |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14364789 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2021 02:14:07 | SYNCB/BP, PO Box 965024, Orlando, FL 32896-5024 |
| 14364790 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2021 02:14:05 | SYNCB/Dicks, PO Box 965036, Orlando, FL 32896-5036 |
| 14364791 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2021 02:14:06 | SYNCB/Evin Live, PO Box 965005, Orlando, FL 32896-5005 |
| 14364792 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2021 02:38:31 | SYNCB/JC Penneys, PO Box 965036, Orlando, FL 32896-5036 |
| 14364793 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2021 02:14:06 | SYNCB/Lowes DC, PO Box 965005, Orlando, FL 32896-5005 |
| 14364794 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2021 02:14:05 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14364795 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2021 02:14:06 | SYNCB/Paypal Extras MC, PO Box 965005, Orlando, FL 32896-5005 |
| 14364796 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2021 02:14:05 | SYNCB/QVC, PO Box 965005, Orlando, FL 32896-5005 |
| 14364797 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2021 02:14:06 | SYNCB/Roomful Express, PO Box 965036, Orlando, FL 32896-5036 |
| 14364799 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2021 02:14:06 | SYNCBT/TJ Maxx, PO Box 965036, FL 32896-5036 |
| 14364787 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2021 02:26:15 | Sears/CNBA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14364788 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2021 02:14:46 | Sunoco Citibank, POB 6497, Sioux Falls, SD 57117-6497 |
| 14364798 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2021 02:14:08 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14364801 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 13 2021 02:25:44 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14402456 | + | Email/Text: bncmail@w-legal.com | Mar 13 2021 03:26:00 | TD Bank USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14364806 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 13 2021 03:25:00 | US Bank, PO box 108, Saint Louis, MO 63166 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | Fifth Third Bank |
| cr | | LSF9 MASTER PARTICIPATION TRUST |
| cr | | THE BANK OF NEW YORK MELLON |
| cr | | The Bank Of New York Mellon, etal |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14728857 | ##+ | Navient Solutions, LLC. on behalf of, Massachusetts Higher Education Assistanc, d/b/a American Student Assistance, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |

TOTAL: 5 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 4 of 4 |
| Date Rcvd: Mar 12, 2021 | Form ID: 235 | Total Noticed: 75 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Plaintiff Amy M. Shifko amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Plaintiff Robert E. Shifko amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| James P. Valecko | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com  PitEcf@weltman.com |
| Jerome B. Blank | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor The Bank Of New York Mellon  etal bankruptcy@powerskirn.com |
| Karina Velter | on behalf of Defendant Wells Fargo Bank amps@manleydeas.com |
| Kevin Scott Frankel | on behalf of Creditor Bayview Loan Servicing  LLC pabk@logs.com, logsecf@logs.com |
| Mario J. Hanyon | on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| Thomas Song | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com |

TOTAL: 15