| UNITED STATES BANKRUPTCY COURT<br>Western District of Pennsylvania | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Robert E. Shifko<br><br>Amy M. Shifko | Case Number:<br><br>2:2017-bk-20548 | |
| Name of Creditor:<br>    Wells Fargo Bank, N.A. | . | |
| Name of Current Servicer of account:<br>    Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>    Wells Fargo Bank, N.A.<br>    MAC N9286-01Y<br>    P.O. Box 1629<br>    Minneapolis, MN 55440-9790<br>    Telephone Number: 800-274-7025<br>Prior notice address:<br><br>    Wells Fargo Bank, N.A.<br>    MAC N9286-01Y<br>    1000 Blue Gentian Road<br>    Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>    Wells Fargo Bank, N.A.<br>    Attention: Payment Processing<br>    MAC F2302-04C<br>    1 Home Campus<br>    Des Moines, IA 50328<br><br>    Telephone Number: 800-274-7025 | | __ Check this box if you are changing the address that payments will go to. |
| 1.    **Account Number:  8998  UCID: WFCHEQ1720548PAW34820806** | | __ Check this box if the account number has changed. |
| 2.    **Court Claim Number:  5** | | |

3.    **Signature:**

**Check the appropriate box.**
   X  **I am the creditor.**
      **I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**
      **I am the trustee, or the debtor.**
      **I am a guarantor, surety, endorser, or other codebtor.**


By:    /s/ Maun Michelle Mason                          Date:  12/29/2021
         VP Loan Documentation

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                         **CASE NO.:**   **17-20548**

**Robert E. Shifko**                        **CHAPTER:**   **13**

**Amy M. Shifko**

       **Debtor(s).**

_____ /

### CERTIFICATE OF SERVICE

I hereby certify that on or before December 29, 2021, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**<u>SERVICE LIST</u>**

*Debtor:*                                 *By U.S. Postal Service First Class Mail Postage Prepaid:*

Robert E. Shifko
8486 State Route 819
Greensburg, PA 15601

*By U.S. Postal Service First Class Mail Postage Prepaid:*

Amy M. Shifko
8486 State Route 819
Greensburg, PA 15601

*Debtor's Attorney:*                      *By CM / ECF Filing:*

Amy L. Zema
Law Office of Amy L. Zema
2366 Golden Mile Highway
#155
Pittsburgh, PA 15239

*Trustee:*                                *By CM / ECF Filing:*

*Trustee:*                       Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

/s/ John Shelley
_____

InfoEx, LLC
(as authorized agent for Wells Fargo Bank,
N.A.)