**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/14/2022

IN RE:

ROBERT E. SHIFKO
AMY M. SHIFKO
8486 STATE ROUTE 819
GREENSBURG, PA 15601
XXX-XX-3482         Debtor(s)

XXX-XX-1600

Case No. 17-20548 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/14/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **JILL MANUEL-COUGHLIN ESQ**<br>POWERS KIRN & ASSOCIATES LLC<br>EIGHT NESHAMINITY INTERPLEX - STE 215<br>TREVOSE, PA  19053 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK OF NY MELLON/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF NEW YORK MELLON -TRUSTEE CERT**<br>C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: 1800@BOA/PL*BGN 3/17*LOAN MOD@69*CL=192324.04*DK*FR BOA-DOC 108*FR B | | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 5651 |
| **FIFTH THIRD BANK**<br>PO BOX 637640<br>CINCINNATI, OH  45263-7640 | Trustee Claim Number: 3   INT %: 4.00%<br>Court Claim Number: 3<br>CLAIM: 7,068.33<br>COMMENT: $/CL-PL@4%/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5685 |
| **KEYBANK NA****<br>POB 94968<br>CLEVELAND, OH  44101 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 32<br>CLAIM: 17,231.28<br>COMMENT: AVD/OE*BGN 2/17*3RD*DK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8838 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING MAC# F2302 04C<br>ONE HOME CAMPUS<br>DES MOINES, IA  50328 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 45,109.21<br>COMMENT: AVD/STIP OE*BGN 2/17*2ND*DK*ADR/NTC | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0806 |
| **HEMPFIELD ASD (HEMPFIELD TWP) (EIT)****<br>C/O BERKHEIMER TAX ADMIN – DLNQ CLCTR<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA  18002-0662 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 4,500.00<br>COMMENT: $/PL*13-16/SCH-PL*DK | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3482 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 4-2<br>CLAIM: 66,251.11<br>COMMENT: 3482/1600*$/PL-CL*AMD | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3482 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 6,026.97<br>COMMENT: $/PL-CL | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3482 |
| **AMERICAN EXPRESS CENTURION BNK**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,042.32<br>COMMENT: 5267/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **BANK OF AMERICA NA****  (LMP)<br>ATTN BANKRUPTCY DEPT (LMP)<br>PO BOX 660933<br>DALLAS, TX  75266-0933 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7477 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **BANK OF AMERICA NA** (LMP)**<br>ATTN BANKRUPTCY DEPT (LMP)<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8297 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:29<br>CLAIM: 11,719.50<br>COMMENT: 1984/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3971 |
| **CAVALRY SPV I LLC - ASSIGNEE****<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ 85715 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:31<br>CLAIM: 303.89<br>COMMENT: 0003/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4699 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:39<br>CLAIM: 2,049.57<br>COMMENT: 6286/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0848 |
| **CAVALRY SPV I LLC - ASSIGNEE****<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ 85715 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:25<br>CLAIM: 407.66<br>COMMENT: 8055/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4936 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK ONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0478 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK ONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4063 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK ONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4687 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK ONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1684 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK ONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2527 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 37<br>CLAIM: 9,971.82<br>COMMENT: 1434/SCH*CITIBANK/BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4862 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 737.37<br>COMMENT: 8386/SCH*VICTORIA'S SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2225 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,254.14<br>COMMENT: 0722/SCH*BON-TON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1620 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 798.30<br>COMMENT: 2517/SCH*MACY'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4710 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 1,792.81<br>COMMENT: 1491/SCH*MACY'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6110 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 35<br>CLAIM: 590.07<br>COMMENT: 7822/SCH*CITIBANK/EXXON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1975 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br><br>INDIANA, PA 15701 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2100 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br><br>OMAHA, NE 68197-3106 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,997.82<br>COMMENT: 8756/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9681 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 40<br>CLAIM: 2,575.20<br>COMMENT: 5207/SCH*CITIBANK/THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9316 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 30<br>CLAIM: 1,038.05<br>COMMENT: 9962/SCH*KOHL'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7421 |

| Creditor | Trustee Claim / Court Claim | Creditor Description / Account | Claim / Comment |
|---|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8806 | CLAIM: 9,348.72<br>COMMENT: 0086/SCH*CITIBANK/AT AND T |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0195 | CLAIM: 0.00<br>COMMENT: CITIBANK/SCH |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 33 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7564 | CLAIM: 2,612.76<br>COMMENT: 3708/SCH*CITIBANK/SEARS |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 34 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 | CLAIM: 4,287.71<br>COMMENT: 4708/SCH*CITIBANK/SEARS |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 36 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5002 | CLAIM: 1,012.69<br>COMMENT: 0372/SCH*CITIBANK/SUNOCO |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEN<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 22 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9027 | CLAIM: 697.45<br>COMMENT: 0195/SCH*SYNCHRONY/BP |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEN<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0897 | CLAIM: 2,497.82<br>COMMENT: 0191/SCH*SYNCHRONY/DSG |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEN<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4806 | CLAIM: 1,307.30<br>COMMENT: 0006/SCH*SYNCHRONY/EVINE LIVE |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEN<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1376 | CLAIM: 2,682.63<br>COMMENT: 6492/SCH*SYNCHRONY/JCP |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEN<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 23 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5716 | CLAIM: 6,098.68<br>COMMENT: 9061*SYNCHRONY/LOWE'S |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 15 | CLAIM: 227.27<br>COMMENT: 3227/SCH*SYNCHRONY/OLD NAVY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7941 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 17 | CLAIM: 1,671.81<br>COMMENT: 0474/SCH*SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6091 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 19 | CLAIM: 1,615.87<br>COMMENT: 9010/SCH*SYNCHRONY/QVC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4258 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~ROOMFUL EXPRESS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 21 | CLAIM: 4,069.49<br>COMMENT: 8536/SCH*SYNCHRONY/SAM'S CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1410 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 1,858.52<br>COMMENT: 1106/SCH*SYNCHRONY/TJX | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9445 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 2,143.77<br>COMMENT: 1030/SCH*SYNCHRONY/R US | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8605 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 16 | CLAIM: 4,470.20<br>COMMENT: 0272/SCH*SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1636 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 10 | CLAIM: 1,348.91<br>COMMENT: 1288/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9652 |
| **US BANK****<br>POB 790117<br>ST LOUIS, MO 63179 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6578 |

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc/Account |
|---|---|---|---|
| **WELLS FARGO BANK NA** <br> C/O WELLS FARGO EDUCATION FINANCIAL SVC <br> 301 E 58TH ST N <br> SIOUX FALLS, SD  57104 | Trustee Claim Number:51  INT %:  0.00% <br> Court Claim Number:26 <br> CLAIM:  3,970.83 <br> COMMENT:  0541/SCH | | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  6836 |
| **WELLS FARGO BANK NA** <br> ATTN PAYMENT PROCESSING <br> PO BOX 14487 <br> DES MOINES, IA  50309 | Trustee Claim Number:52  INT %:  0.00% <br> Court Claim Number:24 <br> CLAIM:  7,374.39 <br> COMMENT:  3217/SCH | | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0639 |
| **OFFICE OF THE ATTORNEY GENERAL** <br> FINANCIAL ENFORCEMENT SECTION <br> 15TH FLOOR, STRAWBERRY SQUARE <br> HARRISBURG, PA  17120 | Trustee Claim Number:53  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **UNITED REVENUE COLLECTION** <br> PO BOX 1184 <br> LANGHORNE, PA  19047-6184 | Trustee Claim Number:54  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **UNITED STATES ATTORNEY GENERAL** <br> CIVIL DIV-BANKRUPTCY SECTION <br> US DEPT OF JUSTICE <br> WASHINGTON, DC  20530 | Trustee Claim Number:55  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **CITIBANK/UNIVERSAL CARD SVCS**++** <br> 4740 121ST ST <br> URBANDALE, IA  50323 | Trustee Claim Number:56  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA  17128 | Trustee Claim Number:57  INT %:  0.00% <br> Court Claim Number:1 <br> CLAIM:  375.06 <br> COMMENT:  NO GEN UNS/SCH | | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3482 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:58  INT %:  0.00% <br> Court Claim Number:4-2 <br> CLAIM:  8,424.57 <br> COMMENT:  NO GEN UNS/SCH*AMD | | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3482 |
| **CLERK, U S BANKRUPTCY COURT** <br> ATTN: FILING FEE CLERK <br> 600 GRANT ST 5414 US STEEL TWR <br> PITTSBURGH, PA  15219 | Trustee Claim Number:59  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  310.00 <br> COMMENT:  FEES/PL | | CRED DESC:  FILING FEES <br> ACCOUNT NO.:  17-20548GLT |
| **BANK OF NEW YORK MELLON -TRUSTEE CERT** <br> C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN <br> PO BOX 10826 <br> GREENVILLE, SC  29603-0826 | Trustee Claim Number:60  INT %:  0.00% <br> Court Claim Number:6 <br> CLAIM:  0.00 <br> COMMENT:  $0ARRS@BK OF AM/PL*THRU 2/17*LOAN MOD@69*CL=4670.97*FR BOA-DOC 108*I | | CRED DESC:  MORTGAGE ARR. <br> ACCOUNT NO.:  4218 |

| Creditor / Address | Trustee Info | Cred Desc / Account |
|---|---|---|
| **BANK OF NEW YORK MELLON -TRUSTEE CERT**<br>C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 61  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 5,513.17<br>COMMENT: LMP PMT/NTC*BGN 3/17*W/2*FR BOA-DOC 108*FR BNY MELLON/BAYVIEW-DOC 12 | CRED DESC: MORTGAGE REGULAR PAYME<br>ACCOUNT NO.: 5651 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 62  INT %: 0.00%<br>Court Claim Number: 38<br>CLAIM: 1,820.22<br>COMMENT: NUM NT/SCH*CITIBANK/THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8133 |
| **BANK OF NEW YORK MELLON -TRUSTEE CERT**<br>C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 63  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: NT/PL*DCL SUFF FUNDING*NTC PP FEE/EXP*REF CL*CL=1300*FR BOA-DOC 108*F | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 5651 |
| **BANK OF NEW YORK MELLON -TRUSTEE CERT**<br>C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 64  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 5,540.04<br>COMMENT: PMT/TRIAL LOAN MOD OE*BGN 9/17*W/2*DK*FR BOA-DOC 108*FR BNY MELLON/B. | CRED DESC: MORTGAGE REGULAR PAYME<br>ACCOUNT NO.: 5651 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 65  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LSF9 MSTR PRTCPTN TRUST/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK 73124 | Trustee Claim Number: 66  INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: RS/DOE*NT/SCH-PL*NTC PP FEE/EXP*NO CL FILED~VRFY PMT ADRS/SVCR!!*DK*( | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0449 |
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC - SVCR<br>PO BOX 24330<br>OKLAHOMA CITY, OK 73124 | Trustee Claim Number: 67  INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: RS/DOE*DK | CRED DESC: MORTGAGE REGULAR PAYME<br>ACCOUNT NO.: |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 68  INT %: 0.00%<br>Court Claim Number: 41<br>CLAIM: 5,743.01<br>COMMENT: NT/SCH*FR NAVIENT/MHEA/ASA-DOC 111 | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 1600 |
| **BANK OF NEW YORK MELLON -TRUSTEE CERT**<br>C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 69  INT %: 0.00%<br>Court Claim Number: 6-2<br>CLAIM: 0.00<br>COMMENT: PMT/PL-NTC*DKT4PMT-LMT*LOAN MOD BGN 12/17*FR BOA-DOC 108*FR BNY MELl | CRED DESC: MORTGAGE REGULAR PAYME<br>ACCOUNT NO.: 5651 |
| **ALDRIDGE PITE LLP**<br>4375 JUTLAND DR STE 200<br>PO BOX 17933<br>SAN DIEGO, CA 92177-0933 | Trustee Claim Number: 70  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BAYVIEW LOAN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **KEVIN S FRANKEL ESQ** | Trustee Claim Number:71  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| SHAPIRO & DENARDO LLC | Court Claim Number: | ACCOUNT NO.: |
| 3600 HORIZON DR STE 150 | | |
| | CLAIM: 0.00 | |
| KING OF PRUSSIA, PA  19406 | COMMENT: BANK OF NY MELLON/PRAE | |
| | | |
| **MARIO HANYON ESQ** | Trustee Claim Number:72  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| BROCK & SCOTT PLLC | Court Claim Number: | ACCOUNT NO.: |
| 302 FELLOWSHIP RD STE 130 | | |
| | CLAIM: 0.00 | |
| MT LAUREL, NJ  08054 | COMMENT: WELLS FARGO BANK/PRAE | |