Certificate Number: 12433-PAW-DE-038223258

Bankruptcy Case Number: 17-20548



12433-PAW-DE-038223258

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2024, at 9:51 o'clock PM EST, Robert E. Shifko completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  February 27, 2024           By:   /s/Lisa Susoev

                                   Name: Lisa Susoev

                                   Title: Teacher