Form 604

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert E. Shifko** | : | Case No. 17−20548−GLT |
| **Amy M. Shifko** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 149 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 5/29/24 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this *The 26th of March, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 149 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  **On or before May 10, 2024**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on **May 29, 2024 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20548-GLT |
| Robert E. Shifko | Chapter 13 |
| Amy M. Shifko | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Mar 26, 2024 | Form ID: 604 | Total Noticed: 76 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert E. Shifko, Amy M. Shifko, 8486 State Route 819, Greensburg, PA 15601-7525 |
| 14364774 | | Exxon Mobile/Citibank CBNA, PO Box 5497, Sioux Falls, SD 57117 |
| 14364782 | | Kohl's Department Store, PO Box 3115, Milwaukee, MO 63930-5049 |
| 14728857 | + | Navient Solutions, LLC. on behalf of, Massachusetts Higher Education Assistanc, d/b/a American Student Assistance, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |
| 14364784 | + | Pennsylvania Office of Attorney General, 564 Forbes Ave. #6, Pittsburgh, PA 15219-2903 |
| 14364786 | | Portfolio Recovery Associates, 120 Corporate Blvd., Cumberland, MD 21502 |
| 14364800 | + | SynchbToysrus, PO box 965036, Orlando, FL 32896-5036 |
| 14364803 | + | United Revenue Collection, PO Box 1184, Langhorne, PA 19047-6184 |
| 14364804 | + | United States Attorney's Office, Western District of Pennsylvania, Joseph F . Weis United States Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14364807 | + | Wells Fargo Education Service, PO Box 84712, Sioux Falls, SD 57118-4712 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Mar 27 2024 00:23:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 27 2024 00:20:51 | WELLS FARGO BANK, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14364763 | + | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:33:04 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14401040 | | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:34:09 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14364778 | | Email/Text: dltlegal@hab-inc.com | Mar 27 2024 00:23:00 | HAB-DLT, Berkheimer, PO Box 25153, Lehigh Valley, PA 18002 |
| 14364764 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14391267 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14391268 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14804006 | + | Email/Text: ecfbnc@aldridgepite.com | Mar 27 2024 00:22:00 | Bayview Loan Servicing, LLC, c/o ALDRIDGE |

| Recipient ID | +/- | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14364772 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2024 00:23:00 | CP/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 14364765 | + | Email/Text: bankruptcy@cavps.com | Mar 27 2024 00:23:00 | Calvary Portfolio Services, 500 Smmit Lake Dr., Ste. 4A, Valhalla, NY 10595-2323 |
| 14364766 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:33:22 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14364767 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:21:36 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14640408 | | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:34:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14364768 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:33:32 | Capital One/Justice, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14635881 | + | Email/Text: bankruptcy@cavps.com | Mar 27 2024 00:23:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14631469 | + | Email/Text: bnc@bass-associates.com | Mar 27 2024 00:22:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14364771 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2024 00:23:00 | Commenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14364773 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:32:49 | DSNB/Macy's, PO Box 8113, Monroe, OH 45040 |
| 14635304 | | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2024 00:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14880356 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 27 2024 00:23:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14364775 | | Email/Text: collectionbankruptcies.bancorp@53.com | Mar 27 2024 00:23:00 | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 14364777 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 27 2024 00:22:00 | FNB/Omaha, POB 3412, Omaha, NE 68197 |
| 14373377 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 27 2024 00:22:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14375220 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Mar 27 2024 00:22:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14364776 | + | Email/Text: SAABankruptcy@fcbanking.com | Mar 27 2024 00:23:00 | First Commonwealth Bank, 22 N. 6th St., Indiana, PA 15701-1802 |
| 14364779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:32:56 | Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14364780 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2024 00:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14364769 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 00:32:59 | Chase/Bank One Card Serv., PO Box 15298, Wilmington, DE 19850 |
| 14364770 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 00:34:01 | Chase/Best Buy, PO Box 15298, Wilmington, DE 19850 |
| 14364781 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 27 2024 00:23:00 | Key Bank, 4910 Tiedeman Rd., Cleveland, OH 44144-2338 |
| 14642029 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 27 2024 00:23:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14407006 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2024 00:21:45 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC |

Case 17-20548-GLT    Doc 152    Filed 03/28/24    Entered 03/29/24 00:28:51    Desc
                          Imaged Certificate of Notice        Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Mar 26, 2024 | Form ID: 604 | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 14411689 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2024 00:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14364785 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:32:56 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14642104 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:33:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14364783 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2024 00:23:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0001 |
| 14368246 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14391500 | | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2024 00:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14364789 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:33:22 | SYNCB/BP, PO Box 965024, Orlando, FL 32896-5024 |
| 14364790 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:21:41 | SYNCB/Dicks, PO Box 965036, Orlando, FL 32896-5036 |
| 14364791 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:21:33 | SYNCB/Evin Live, PO Box 965005, Orlando, FL 32896-5005 |
| 14364792 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:34:05 | SYNCB/JC Penneys, PO Box 965036, Orlando, FL 32896-5036 |
| 14364793 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:32:37 | SYNCB/Lowes DC, PO Box 965005, Orlando, FL 32896-5005 |
| 14364794 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:33:34 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14364795 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:33:11 | SYNCB/Paypal Extras MC, PO Box 965005, Orlando, FL 32896-5005 |
| 14364796 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:21:47 | SYNCB/QVC, PO Box 965005, Orlando, FL 32896-5005 |
| 14364797 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:33:58 | SYNCB/Roomful Express, PO Box 965036, Orlando, FL 32896-5036 |
| 14364799 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:34:01 | SYNCBT/TJ Maxx, PO Box 965036, FL 32896-5036 |
| 14364787 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:21:41 | Sears/CNBA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14364788 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:22:14 | Sunoco Citibank, POB 6497, Sioux Falls, SD 57117-6497 |
| 14364798 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:20:49 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14364801 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:32:44 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14402456 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 00:23:00 | TD Bank USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14364802 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 00:23:00 | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14810974 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 27 2024 00:22:00 | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 15199590 | | Email/Text: mtgbk@shellpointmtg.com | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Mar 27 2024 00:22:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14364806 |  | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 27 2024 00:23:00 | US Bank, PO box 108, Saint Louis, MO 63166 |
| 14364805 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:33:40 | Universal CD CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14364809 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 27 2024 00:21:39 | WF CRD Svc, PO Box 14517, Des Moines, IA 50306-3517 |
| 14631901 |  | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 27 2024 00:33:01 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14416069 |  | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 27 2024 00:22:10 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14389293 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 27 2024 00:22:14 | Wells Fargo Bank, NA, MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14364808 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 27 2024 00:22:11 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Bayview Loan Servicing, LLC |
| cr |  | Fifth Third Bank |
| cr |  | LSF9 MASTER PARTICIPATION TRUST |
| cr |  | THE BANK OF NEW YORK MELLON |
| cr |  | The Bank Of New York Mellon, etal |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Plaintiff Robert E. Shifko amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com |

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: 604 | Total Noticed: 76 |

Amy L. Zema
    on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com

Amy L. Zema
    on behalf of Plaintiff Amy M. Shifko amy@zemalawoffice.com

Christopher A. DeNardo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-11CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11CB c&# logsecf@logs.com

Christopher A. DeNardo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-11CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11CB logsecf@logs.com

Denise Carlon
    on behalf of Creditor Fifth Third Bank dcarlon@kmllawgroup.com

James P. Valecko
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com  PitEcf@weltman.com

Jerome B. Blank
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jblank@pincuslaw.com  brausch@pincuslaw.com

Jill Manuel-Coughlin
    on behalf of Creditor The Bank Of New York Mellon  etal bankruptcy@powerskirn.com

Karina Velter
    on behalf of Defendant Wells Fargo Bank karina.velter@powerskirn.com  Kaitlyn.Pemper@powerskirn.com

Kevin Scott Frankel
    on behalf of Creditor Bayview Loan Servicing  LLC pabk@logs.com, logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com

TOTAL: 17