**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ROBERT E. SHIFKO <br> AMY M. SHIFKO <br>      Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>      Movant <br>           vs. <br> No Respondents. | Case No.:17-20548 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.


March 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/14/2017 and confirmed on 3/20/17. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 262,436.14 |
| Less Refunds to Debtor | 9,589.59 | |
| TOTAL AMOUNT OF PLAN FUND | | 252,846.55 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,250.00 | |
|   Trustee Fee | 12,249.08 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 16,499.08 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF NEW YORK MELLON -TRUSTEE<br>Acct: 5651 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON -TRUSTEE<br>Acct: 5651 | 5,513.17 | 5,513.17 | 0.00 | 5,513.17 |
| BANK OF NEW YORK MELLON -TRUSTEE<br>Acct: 5651 | 5,540.04 | 5,540.04 | 0.00 | 5,540.04 |
| LSF9 MASTER PARTICIPATION TRUST<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON -TRUSTEE<br>Acct: 5651 | 0.00 | 140,385.42 | 0.00 | 140,385.42 |
| BANK OF NEW YORK MELLON -TRUSTEE<br>Acct: 4218 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIFTH THIRD BANK<br>Acct: 5685 | 7,029.10 | 7,029.10 | 791.66 | 7,820.76 |
| | | | | 159,259.39 |
| **Priority** | | | | |
| AMY L ZEMA ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT E. SHIFKO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT E. SHIFKO<br>Acct: | 9,589.59 | 9,589.59 | 0.00 | 0.00 |
| AMY L ZEMA ESQ<br>Acct: | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| AMY L ZEMA ESQ<br>Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| HEMPFIELD ASD (HEMPFIELD TWP) (EIT)'<br>Acct: 3482 | 4,500.00 | 4,500.00 | 0.00 | 4,500.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 3482 | 66,251.11 | 66,251.11 | 0.00 | 66,251.11 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 3482 | 6,026.97 | 6,026.97 | 0.00 | 6,026.97 |
| BANK OF NEW YORK MELLON -TRUSTEE<br>Acct: 5651 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   LSF9 MASTER PARTICIPATION TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0449 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXX8GLT | | | | |
| | | | | 77,088.08 |
| **Unsecured** | | | | |
|   KEYBANK NA** | 17,231.28 | 0.00 | 0.00 | 0.00 |
|     Acct: 8838 | | | | |
|   WELLS FARGO BANK NA | 45,109.21 | 0.00 | 0.00 | 0.00 |
|     Acct: 0806 | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 1,042.32 | 0.00 | 0.00 | 0.00 |
|     Acct: 1000 | | | | |
|   BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7477 | | | | |
|   BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8297 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 11,719.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 3971 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE** | 303.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 4699 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 2,049.57 | 0.00 | 0.00 | 0.00 |
|     Acct: 0848 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE** | 407.66 | 0.00 | 0.00 | 0.00 |
|     Acct: 4936 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0478 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4063 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4687 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1684 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2527 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 9,971.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 4862 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 737.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 2225 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 1,254.14 | 0.00 | 0.00 | 0.00 |
|     Acct: 1620 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 798.30 | 0.00 | 0.00 | 0.00 |
|     Acct: 4710 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,792.81 | 0.00 | 0.00 | 0.00 |
|     Acct: 6110 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 590.07 | 0.00 | 0.00 | 0.00 |
|     Acct: 1975 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2100 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 1,997.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 9681 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 2,575.20 | 0.00 | 0.00 | 0.00 |
|     Acct: 9316 | | | | |
|   CAPITAL ONE NA** | 1,038.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 7421 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 9,348.72 | 0.00 | 0.00 | 0.00 |
|     Acct: 8806 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0195 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 2,612.76 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 7564 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 4,287.71 | 0.00 | 0.00 | 0.00 |
| | Acct: 1000 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,012.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 5002 | | | | |
| | MIDLAND FUNDING LLC | 697.45 | 0.00 | 0.00 | 0.00 |
| | Acct: 9027 | | | | |
| | MIDLAND FUNDING LLC | 2,497.82 | 0.00 | 0.00 | 0.00 |
| | Acct: 0897 | | | | |
| | MIDLAND FUNDING LLC | 1,307.30 | 0.00 | 0.00 | 0.00 |
| | Acct: 4806 | | | | |
| | MIDLAND FUNDING LLC | 2,682.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 1376 | | | | |
| | MIDLAND FUNDING LLC | 6,098.68 | 0.00 | 0.00 | 0.00 |
| | Acct: 5716 | | | | |
| | MIDLAND FUNDING LLC | 227.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 7941 | | | | |
| | MIDLAND FUNDING LLC | 1,671.81 | 0.00 | 0.00 | 0.00 |
| | Acct: 6091 | | | | |
| | MIDLAND FUNDING LLC | 1,615.87 | 0.00 | 0.00 | 0.00 |
| | Acct: 4258 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1000 | | | | |
| | MIDLAND FUNDING LLC | 4,069.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 1410 | | | | |
| | MIDLAND FUNDING LLC | 1,858.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 9445 | | | | |
| | MIDLAND FUNDING LLC | 2,143.77 | 0.00 | 0.00 | 0.00 |
| | Acct: 8605 | | | | |
| | MIDLAND FUNDING LLC | 4,470.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 1636 | | | | |
| | TD BANK USA NA** | 1,348.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 9652 | | | | |
| | US BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6578 | | | | |
| | WELLS FARGO BANK NA | 3,970.83 | 0.00 | 0.00 | 0.00 |
| | Acct: 6836 | | | | |
| | WELLS FARGO BANK NA | 7,374.39 | 0.00 | 0.00 | 0.00 |
| | Acct: 0639 | | | | |
| | PA DEPARTMENT OF REVENUE* | 375.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 3482 | | | | |
| | INTERNAL REVENUE SERVICE* | 8,424.57 | 0.00 | 0.00 | 0.00 |
| | Acct: 3482 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,820.22 | 0.00 | 0.00 | 0.00 |
| | Acct: 8133 | | | | |
| | ECMC(*) | 5,743.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 1600 | | | | |
| | JILL MANUEL-COUGHLIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALDRIDGE PITE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MARIO HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | OFFICE OF THE ATTORNEY GENERAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UNITED REVENUE COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |

17-20548 | | | | | Page 4 of 4
---|---|---|---|---|---
Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid
Unsecured | | | | |
 | Acct: | | | | |
 | UNITED STATES ATTORNEY GENERAL | 0.00 | 0.00 | 0.00 | 0.00
 | Acct: | | | | |
 | CITIBANK/UNIVERSAL CARD SVCS**++ | 0.00 | 0.00 | 0.00 | 0.00
 | Acct: | | | | |

*** N O N E ***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 236,347.47 |
| TOTAL CLAIMED | |
| PRIORITY       77,088.08 | |
| SECURED        18,082.31 | |
| UNSECURED     174,278.69 | |

Date: 03/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT E. SHIFKO
AMY M. SHIFKO
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:17-20548

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20548-GLT |
| Robert E. Shifko | Chapter 13 |
| Amy M. Shifko | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 76 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert E. Shifko, Amy M. Shifko, 8486 State Route 819, Greensburg, PA 15601-7525 |
| 14364774 | | Exxon Mobile/Citibank CBNA, PO Box 5497, Sioux Falls, SD 57117 |
| 14364782 | | Kohl's Department Store, PO Box 3115, Milwaukee, MO 63930-5049 |
| 14728857 | + | Navient Solutions, LLC. on behalf of, Massachusetts Higher Education Assistanc, d/b/a American Student Assistance, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |
| 14364784 | + | Pennsylvania Office of Attorney General, 564 Forbes Ave. #6, Pittsburgh, PA 15219-2903 |
| 14364786 | | Portfolio Recovery Associates, 120 Corporate Blvd., Cumberland, MD 21502 |
| 14364800 | + | SynchbToysrus, PO box 965036, Orlando, FL 32896-5036 |
| 14364803 | + | United Revenue Collection, PO Box 1184, Langhorne, PA 19047-6184 |
| 14364804 | + | United States Attorney's Office, Western District of Pennsylvania, Joseph F . Weis United States Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14364807 | + | Wells Fargo Education Service, PO Box 84712, Sioux Falls, SD 57118-4712 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Mar 27 2024 00:23:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 27 2024 00:34:01 | WELLS FARGO BANK, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14364763 | + | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:33:42 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14401040 | | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:32:46 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14364778 | | Email/Text: dltlegal@hab-inc.com | Mar 27 2024 00:23:00 | HAB-DLT, Berkheimer, PO Box 25153, Lehigh Valley, PA 18002 |
| 14364764 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14391267 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14391268 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14804006 | + | Email/Text: ecfbnc@aldridgepite.com | Mar 27 2024 00:22:00 | Bayview Loan Servicing, LLC, c/o ALDRIDGE |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14364772 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2024 00:23:00 | CP/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 14364765 | + | Email/Text: bankruptcy@cavps.com | Mar 27 2024 00:23:00 | Calvary Portfolio Services, 500 Smmit Lake Dr., Ste. 4A, Valhalla, NY 10595-2323 |
| 14364766 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:21:47 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14364767 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:33:04 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14640408 |  | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:33:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14364768 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:20:53 | Capital One/Justice, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14635881 | + | Email/Text: bankruptcy@cavps.com | Mar 27 2024 00:23:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14631469 | + | Email/Text: bnc@bass-associates.com | Mar 27 2024 00:22:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14364771 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2024 00:23:00 | Commenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14364773 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:22:14 | DSNB/Macy's, PO Box 8113, Monroe, OH 45040 |
| 14635304 |  | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2024 00:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14880356 |  | Email/Text: ECMCBKNotices@ecmc.org | Mar 27 2024 00:23:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14364775 |  | Email/Text: collectionbankruptcies.bancorp@53.com | Mar 27 2024 00:23:00 | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 14364777 |  | Email/Text: collecadminbankruptcy@fnni.com | Mar 27 2024 00:22:00 | FNB/Omaha, POB 3412, Omaha, NE 68197 |
| 14373377 |  | Email/Text: collecadminbankruptcy@fnni.com | Mar 27 2024 00:22:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14375220 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Mar 27 2024 00:22:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14364776 | + | Email/Text: SAABankruptcy@fcbanking.com | Mar 27 2024 00:23:00 | First Commonwealth Bank, 22 N. 6th St., Indiana, PA 15701-1802 |
| 14364779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:33:09 | Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14364780 |  | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2024 00:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14364769 |  | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 00:21:41 | Chase/Bank One Card Serv., PO Box 15298, Wilmington, DE 19850 |
| 14364770 |  | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 00:21:37 | Chase/Best Buy, PO Box 15298, Wilmington, DE 19850 |
| 14364781 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 27 2024 00:23:00 | Key Bank, 4910 Tiedeman Rd., Cleveland, OH 44144-2338 |
| 14642029 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 27 2024 00:23:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14407006 |  | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2024 00:21:41 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC |

Case 17-20548-GLT    Doc 154    Filed 03/28/24    Entered 03/29/24 00:28:51    Desc
Imaged Certificate of Notice    Page 9 of 11

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 14411689 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2024 00:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14364785 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:21:39 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14642104 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:34:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14364783 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2024 00:23:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0001 |
| 14368246 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14391500 | | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2024 00:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14364789 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:33:26 | SYNCB/BP, PO Box 965024, Orlando, FL 32896-5024 |
| 14364790 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:34:03 | SYNCB/Dicks, PO Box 965036, Orlando, FL 32896-5036 |
| 14364791 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:21:35 | SYNCB/Evin Live, PO Box 965005, Orlando, FL 32896-5005 |
| 14364792 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:22:07 | SYNCB/JC Penneys, PO Box 965036, Orlando, FL 32896-5036 |
| 14364793 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:21:33 | SYNCB/Lowes DC, PO Box 965005, Orlando, FL 32896-5005 |
| 14364794 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:34:16 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14364795 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:22:14 | SYNCB/Paypal Extras MC, PO Box 965005, Orlando, FL 32896-5005 |
| 14364796 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:21:35 | SYNCB/QVC, PO Box 965005, Orlando, FL 32896-5005 |
| 14364797 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:32:48 | SYNCB/Roomful Express, PO Box 965036, Orlando, FL 32896-5036 |
| 14364799 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:22:14 | SYNCBT/TJ Maxx, PO Box 965036, FL 32896-5036 |
| 14364787 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:21:43 | Sears/CNBA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14364788 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:22:14 | Sunoco Citibank, POB 6497, Sioux Falls, SD 57117-6497 |
| 14364798 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:22:08 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14364801 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:20:52 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14402456 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 00:23:00 | TD Bank USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14364802 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 00:23:00 | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14810974 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 27 2024 00:22:00 | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 15199590 | | Email/Text: mtgbk@shellpointmtg.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Mar 27 2024 00:22:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14364806 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 27 2024 00:23:00 | US Bank, PO box 108, Saint Louis, MO 63166 |
| 14364805 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:34:03 | Universal CD CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14364809 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 27 2024 00:20:53 | WF CRD Svc, PO Box 14517, Des Moines, IA 50306-3517 |
| 14631901 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 27 2024 00:22:14 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14416069 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 27 2024 00:34:03 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14389293 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 27 2024 00:33:26 | Wells Fargo Bank, NA, MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14364808 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 27 2024 00:32:57 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Bayview Loan Servicing, LLC |
| cr |  | Fifth Third Bank |
| cr |  | LSF9 MASTER PARTICIPATION TRUST |
| cr |  | THE BANK OF NEW YORK MELLON |
| cr |  | The Bank Of New York Mellon, etal |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Plaintiff Robert E. Shifko amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com |

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 76 |

Amy L. Zema
    on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com

Amy L. Zema
    on behalf of Plaintiff Amy M. Shifko amy@zemalawoffice.com

Christopher A. DeNardo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-11CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11CB c&# logsecf@logs.com

Christopher A. DeNardo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-11CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11CB logsecf@logs.com

Denise Carlon
    on behalf of Creditor Fifth Third Bank dcarlon@kmllawgroup.com

James P. Valecko
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com  PitEcf@weltman.com

Jerome B. Blank
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jblank@pincuslaw.com  brausch@pincuslaw.com

Jill Manuel-Coughlin
    on behalf of Creditor The Bank Of New York Mellon  etal bankruptcy@powerskirn.com

Karina Velter
    on behalf of Defendant Wells Fargo Bank karina.velter@powerskirn.com  Kaitlyn.Pemper@powerskirn.com

Kevin Scott Frankel
    on behalf of Creditor Bayview Loan Servicing  LLC pabk@logs.com, logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com


TOTAL: 17