| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Robert E. Shifko <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3482 <br> EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 <br> (Spouse, if filing) | Amy M. Shifko <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1600 <br> EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17–20548–GLT | | |

## Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert E. Shifko                                              Amy M. Shifko

5/13/24                                                       **By the court:** Gregory L Taddonio
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert E. Shifko  
Amy M. Shifko  
    Debtors

Case No. 17-20548-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: May 13, 2024      Form ID: 3180W      Total Noticed: 77

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert E. Shifko, Amy M. Shifko, 8486 State Route 819, Greensburg, PA 15601-7525 |
| 14640408 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14364774 | | Exxon Mobile/Citibank CBNA, PO Box 5497, Sioux Falls, SD 57117 |
| 14364782 | | Kohl's Department Store, PO Box 3115, Milwaukee, MO 63930-5049 |
| 14728857 | + | Navient Solutions, LLC. on behalf of, Massachusetts Higher Education Assistanc, d/b/a American Student Assistance, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |
| 14364784 | + | Pennsylvania Office of Attorney General, 564 Forbes Ave. #6, Pittsburgh, PA 15219-2903 |
| 14364786 | | Portfolio Recovery Associates, 120 Corporate Blvd., Cumberland, MD 21502 |
| 14364800 | + | SynchbToysrus, PO box 965036, Orlando, FL 32896-5036 |
| 14364803 | + | United Revenue Collection, PO Box 1184, Langhorne, PA 19047-6184 |
| 14364804 | + | United States Attorney's Office, Western District of Pennsylvania, Joseph F . Weis United States Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 14 2024 03:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 13 2024 23:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: BANKAMER | May 14 2024 03:27:00 | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | May 13 2024 23:32:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | | EDI: BANKAMER | May 14 2024 03:27:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | EDI: WFFC2 | May 14 2024 03:27:00 | WELLS FARGO BANK, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14364763 | + | Email/PDF: bncnotices@becket-lee.com | May 13 2024 23:51:55 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14401040 | | Email/PDF: bncnotices@becket-lee.com | May 13 2024 23:51:43 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14364778 | | Email/Text: dltlegal@hab-inc.com | May 13 2024 23:32:00 | HAB-DLT, Berkheimer, PO Box 25153, Lehigh Valley, PA 18002 |

Case 17-20548-GLT   Doc 159   Filed 05/15/24   Entered 05/16/24 00:28:27   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: 3180W | Total Noticed: 77 |

| | | | | |
|---|---|---|---|---|
| 14364764 | + | EDI: BANKAMER | May 14 2024 03:27:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14391267 | + | EDI: BANKAMER | May 14 2024 03:27:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14391268 | | EDI: BANKAMER | May 14 2024 03:27:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14804006 | + | Email/Text: ecfbnc@aldridgepite.com | May 13 2024 23:32:00 | Bayview Loan Servicing, LLC, c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14364772 | + | EDI: WFNNB.COM | May 14 2024 03:27:00 | CP/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 14364765 | + | Email/Text: bankruptcy@cavps.com | May 13 2024 23:33:00 | Calvary Portfolio Services, 500 Smmit Lake Dr., Ste. 4A, Valhalla, NY 10595-2323 |
| 14364766 | + | EDI: CAPITALONE.COM | May 14 2024 03:27:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14364767 | + | EDI: CAPITALONE.COM | May 14 2024 03:27:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14640408 | ^ | MEBN | May 13 2024 23:30:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14364768 | + | EDI: CAPITALONE.COM | May 14 2024 03:27:00 | Capital One/Justice, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14635881 | + | Email/Text: bankruptcy@cavps.com | May 13 2024 23:33:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14631469 | + | EDI: BASSASSOC.COM | May 14 2024 03:27:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14364771 | + | EDI: WFNNB.COM | May 14 2024 03:27:00 | Commenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14364773 | | EDI: CITICORP | May 14 2024 03:27:00 | DSNB/Macy's, PO Box 8113, Monroe, OH 45040 |
| 14635304 | | EDI: Q3G.COM | May 14 2024 03:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14880356 | | Email/Text: ECMCBKNotices@ecmc.org | May 13 2024 23:32:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14364775 | | Email/Text: collectionbankruptcies.bancorp@53.com | May 13 2024 23:33:00 | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 14364777 | | Email/Text: collecadminbankruptcy@fnni.com | May 13 2024 23:32:00 | FNB/Omaha, POB 3412, Omaha, NE 68197 |
| 14373377 | | Email/Text: collecadminbankruptcy@fnni.com | May 13 2024 23:32:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14375220 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | May 13 2024 23:32:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14364776 | + | Email/Text: SAABankruptcy@fcbanking.com | May 13 2024 23:32:00 | First Commonwealth Bank, 22 N. 6th St., Indiana, PA 15701-1802 |
| 14364779 | + | EDI: CITICORP | May 14 2024 03:27:00 | Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14364780 | | EDI: IRS.COM | May 14 2024 03:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14364769 | | EDI: JPMORGANCHASE | May 14 2024 03:27:00 | Chase/Bank One Card Serv., PO Box 15298, Wilmington, DE 19850 |
| 14364770 | | EDI: JPMORGANCHASE | May 14 2024 03:27:00 | Chase/Best Buy, PO Box 15298, Wilmington, DE |

Case 17-20548-GLT   Doc 159   Filed 05/15/24   Entered 05/16/24 00:28:27   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: 3180W | Total Noticed: 77 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | 19850 |
| 14364781 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 13 2024 23:33:00 | Key Bank, 4910 Tiedeman Rd., Cleveland, OH 44144-2338 |
| 14642029 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 13 2024 23:33:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14407006 | | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2024 23:51:41 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14411689 | + | Email/Text: bankruptcydpt@mcmcg.com | May 13 2024 23:33:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14364785 | | EDI: PRA.COM | May 14 2024 03:27:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14642104 | | EDI: PRA.COM | May 14 2024 03:27:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14364783 | + | EDI: PENNDEPTREV | May 14 2024 03:27:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0001 |
| 14364783 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 13 2024 23:33:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0001 |
| 14368246 | | EDI: PENNDEPTREV | May 14 2024 03:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14368246 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 13 2024 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14391500 | | EDI: Q3G.COM | May 14 2024 03:27:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14364789 | + | EDI: SYNC | May 14 2024 03:27:00 | SYNCB/BP, PO Box 965024, Orlando, FL 32896-5024 |
| 14364790 | + | EDI: SYNC | May 14 2024 03:27:00 | SYNCB/Dicks, PO Box 965036, Orlando, FL 32896-5036 |
| 14364791 | + | EDI: SYNC | May 14 2024 03:27:00 | SYNCB/Evin Live, PO Box 965005, Orlando, FL 32896-5005 |
| 14364792 | + | EDI: SYNC | May 14 2024 03:27:00 | SYNCB/JC Penneys, PO Box 965036, Orlando, FL 32896-5036 |
| 14364793 | + | EDI: SYNC | May 14 2024 03:27:00 | SYNCB/Lowes DC, PO Box 965005, Orlando, FL 32896-5005 |
| 14364794 | + | EDI: SYNC | May 14 2024 03:27:00 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14364795 | + | EDI: SYNC | May 14 2024 03:27:00 | SYNCB/Paypal Extras MC, PO Box 965005, Orlando, FL 32896-5005 |
| 14364796 | + | EDI: SYNC | May 14 2024 03:27:00 | SYNCB/QVC, PO Box 965005, Orlando, FL 32896-5005 |
| 14364797 | + | EDI: SYNC | May 14 2024 03:27:00 | SYNCB/Roomful Express, PO Box 965036, Orlando, FL 32896-5036 |
| 14364799 | + | EDI: SYNC | May 14 2024 03:27:00 | SYNCBT/TJ Maxx, PO Box 965036, FL 32896-5036 |
| 14364787 | + | EDI: CITICORP | May 14 2024 03:27:00 | Sears/CNBA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14364788 | + | EDI: CITICORP | May 14 2024 03:27:00 | Sunoco Citibank, POB 6497, Sioux Falls, SD 57117-6497 |
| 14364798 | + | EDI: SYNC | | |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: 3180W | Total Noticed: 77 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14364801 | + | EDI: SYNC | May 14 2024 03:27:00 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14402456 | + | Email/Text: bncmail@w-legal.com | May 14 2024 03:27:00 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14364802 | + | EDI: WTRRNBANK.COM | May 13 2024 23:33:00 | TD Bank USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14810974 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 14 2024 03:27:00 | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 15199590 | | Email/Text: mtgbk@shellpointmtg.com | May 13 2024 23:32:00 | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1837 |
| 14364806 | | EDI: USBANKARS.COM | May 13 2024 23:32:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14364804 | + | Email/Text: jill.locnikar@usdoj.gov | May 14 2024 03:27:00 | US Bank, PO box 108, Saint Louis, MO 63166 |
| | | | May 13 2024 23:32:00 | United States Attorney's Office, Western District of Pennsylvania, Joseph F. Weis United States Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14364805 | + | EDI: CITICORP | May 14 2024 03:27:00 | Universal CD CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14364809 | + | EDI: WFFC2 | May 14 2024 03:27:00 | WF CRD Svc, PO Box 14517, Des Moines, IA 50306-3517 |
| 14631901 | | EDI: WFFC2 | May 14 2024 03:27:00 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14416069 | | EDI: WFFC2 | May 14 2024 03:27:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14389293 | | EDI: WFFC2 | May 14 2024 03:27:00 | Wells Fargo Bank, NA, MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14364807 | + | EDI: WFFC | May 14 2024 03:27:00 | Wells Fargo Education Service, PO Box 84712, Sioux Falls, SD 57118-4712 |
| 14364808 | + | EDI: WFFC2 | May 14 2024 03:27:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 72

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | Fifth Third Bank |
| cr | | LSF9 MASTER PARTICIPATION TRUST |
| cr | | THE BANK OF NEW YORK MELLON |
| cr | | The Bank Of New York Mellon, etal |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: 3180W | Total Noticed: 77 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2024         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2024 at the address(es) listed below:

**Name**         **Email Address**

Amy L. Zema
    on behalf of Plaintiff Robert E. Shifko amy@zemalawoffice.com

Amy L. Zema
    on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com

Amy L. Zema
    on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com

Amy L. Zema
    on behalf of Plaintiff Amy M. Shifko amy@zemalawoffice.com

Christopher A. DeNardo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-11CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11CB c&# logsecf@logs.com

Christopher A. DeNardo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-11CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11CB logsecf@logs.com

Denise Carlon
    on behalf of Creditor Fifth Third Bank dcarlon@kmllawgroup.com

James P. Valecko
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com  PitEcf@weltman.com

Jerome B. Blank
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jblank@pincuslaw.com  brausch@pincuslaw.com

Jill Manuel-Coughlin
    on behalf of Creditor The Bank Of New York Mellon  etal bankruptcy@powerskirn.com

Karina Velter
    on behalf of Defendant Wells Fargo Bank karina.velter@powerskirn.com  Kaitlyn.Pemper@powerskirn.com

Kevin Scott Frankel
    on behalf of Creditor Bayview Loan Servicing  LLC pabk@logs.com, logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com

TOTAL: 17