FILED
5/13/24 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ROBERT E. SHIFKO
AMY M. SHIFKO
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-20548

Chapter 13

Related to Docket No. 149

ORDER OF COURT

AND NOW, this _ 13th Day of May, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20548-GLT |
| Robert E. Shifko | Chapter 13 |
| Amy M. Shifko | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 76 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert E. Shifko, Amy M. Shifko, 8486 State Route 819, Greensburg, PA 15601-7525 |
| 14640408 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14364774 | | Exxon Mobile/Citibank CBNA, PO Box 5497, Sioux Falls, SD 57117 |
| 14364782 | | Kohl's Department Store, PO Box 3115, Milwaukee, MO 63930-5049 |
| 14728857 | + | Navient Solutions, LLC. on behalf of, Massachusetts Higher Education Assistanc, d/b/a American Student Assistance, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |
| 14364784 | + | Pennsylvania Office of Attorney General, 564 Forbes Ave. #6, Pittsburgh, PA 15219-2903 |
| 14364786 | | Portfolio Recovery Associates, 120 Corporate Blvd., Cumberland, MD 21502 |
| 14364800 | + | SynchbToysrus, PO box 965036, Orlando, FL 32896-5036 |
| 14364803 | + | United Revenue Collection, PO Box 1184, Langhorne, PA 19047-6184 |
| 14364804 | + | United States Attorney's Office, Western District of Pennsylvania, Joseph F . Weis United States Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14364807 | + | Wells Fargo Education Service, PO Box 84712, Sioux Falls, SD 57118-4712 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | May 13 2024 23:32:00 | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | May 13 2024 23:32:00 | Educational Credit Management Corporation, PO BOX 16408, Saint Paul, MN 55116-0408 |
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | May 13 2024 23:32:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 13 2024 23:51:59 | WELLS FARGO BANK, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14364763 | + | Email/PDF: bncnotices@becket-lee.com | May 13 2024 23:51:44 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14401040 | | Email/PDF: bncnotices@becket-lee.com | May 13 2024 23:51:48 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14364778 | | Email/Text: dltlegal@hab-inc.com | May 13 2024 23:32:00 | HAB-DLT, Berkheimer, PO Box 25153, Lehigh Valley, PA 18002 |
| 14364764 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 13 2024 23:32:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14391267 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 13 2024 23:32:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14391268 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 13 2024 23:32:00 | Bank of America, N.A., PO Box 31785, Tampa, |

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| | | | | FL 33631-3785 |
| 14804006 | + | Email/Text: ecfbnc@aldridgepite.com | May 13 2024 23:32:00 | Bayview Loan Servicing, LLC, c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14364772 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 13 2024 23:32:00 | CP/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 14364765 | + | Email/Text: bankruptcy@cavps.com | May 13 2024 23:33:00 | Calvary Portfolio Services, 500 Smmit Lake Dr., Ste. 4A, Valhalla, NY 10595-2323 |
| 14364766 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2024 23:40:36 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14364767 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2024 23:41:27 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14640408 | ^ | MEBN | May 13 2024 23:30:55 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14364768 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2024 23:51:55 | Capital One/Justice, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14635881 | + | Email/Text: bankruptcy@cavps.com | May 13 2024 23:33:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14631469 | + | Email/Text: bnc@bass-associates.com | May 13 2024 23:32:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14364771 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 13 2024 23:32:00 | Commenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14364773 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:51:44 | DSNB/Macy's, PO Box 8113, Monroe, OH 45040 |
| 14635304 | | Email/Text: bnc-quantum@quantum3group.com | May 13 2024 23:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14880356 | | Email/Text: ECMCBKNotices@ecmc.org | May 13 2024 23:32:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14364775 | | Email/Text: collectionbankruptcies.bancorp@53.com | May 13 2024 23:33:00 | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 14364777 | | Email/Text: collecadminbankruptcy@fnni.com | May 13 2024 23:32:00 | FNB/Omaha, POB 3412, Omaha, NE 68197 |
| 14373377 | | Email/Text: collecadminbankruptcy@fnni.com | May 13 2024 23:32:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14375220 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | May 13 2024 23:32:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14364776 | + | Email/Text: SAABankruptcy@fcbanking.com | May 13 2024 23:32:00 | First Commonwealth Bank, 22 N. 6th St., Indiana, PA 15701-1802 |
| 14364779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:51:47 | Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14364780 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 13 2024 23:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14364769 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 13 2024 23:39:52 | Chase/Bank One Card Serv., PO Box 15298, Wilmington, DE 19850 |
| 14364770 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 13 2024 23:51:59 | Chase/Best Buy, PO Box 15298, Wilmington, DE 19850 |
| 14364781 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 13 2024 23:33:00 | Key Bank, 4910 Tiedeman Rd., Cleveland, OH 44144-2338 |
| 14642029 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 13 2024 23:33:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14407006 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 13 2024 23:40:40 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14411689 | + | Email/Text: bankruptcydpt@mcmcg.com | May 13 2024 23:33:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14364785 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2024 23:51:46 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14642104 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2024 23:51:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14364783 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 13 2024 23:33:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0001 |
| 14368246 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 13 2024 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14391500 | | Email/Text: bnc-quantum@quantum3group.com | May 13 2024 23:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14364789 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:51:45 | SYNCB/BP, PO Box 965024, Orlando, FL 32896-5024 |
| 14364790 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:51:41 | SYNCB/Dicks, PO Box 965036, Orlando, FL 32896-5036 |
| 14364791 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:40:33 | SYNCB/Evin Live, PO Box 965005, Orlando, FL 32896-5005 |
| 14364792 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:41:16 | SYNCB/JC Penneys, PO Box 965036, Orlando, FL 32896-5036 |
| 14364793 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:41:17 | SYNCB/Lowes DC, PO Box 965005, Orlando, FL 32896-5005 |
| 14364794 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 14 2024 00:02:27 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14364795 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:52:13 | SYNCB/Paypal Extras MC, PO Box 965005, Orlando, FL 32896-5005 |
| 14364796 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:41:18 | SYNCB/QVC, PO Box 965005, Orlando, FL 32896-5005 |
| 14364797 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:39:48 | SYNCB/Roomful Express, PO Box 965036, Orlando, FL 32896-5036 |
| 14364799 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:41:16 | SYNCBT/TJ Maxx, PO Box 965036, FL 32896-5036 |
| 14364787 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:51:59 | Sears/CNBA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14364788 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:52:07 | Sunoco Citibank, POB 6497, Sioux Falls, SD 57117-6497 |
| 14364798 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:39:43 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14364801 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 13 2024 23:40:29 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14402456 | + | Email/Text: bncmail@w-legal.com | May 13 2024 23:33:00 | TD Bank USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14364802 | + | Email/Text: bncmail@w-legal.com | May 13 2024 23:32:00 | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14810974 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 13 2024 23:32:00 | THE BANK OF NEW YORK MELLON, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 33146-1837 |
| 15199590 | | Email/Text: mtgbk@shellpointmtg.com | May 13 2024 23:32:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14364806 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 13 2024 23:33:00 | US Bank, PO box 108, Saint Louis, MO 63166 |
| 14364804 | + | Email/Text: jill.locnikar@usdoj.gov | May 13 2024 23:32:00 | United States Attorney's Office, Western District of Pennsylvania, Joseph F . Weis United States Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 14364805 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2024 23:51:43 | Universal CD CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14364809 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 13 2024 23:40:36 | WF CRD Svc, PO Box 14517, Des Moines, IA 50306-3517 |
| 14631901 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 13 2024 23:51:55 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14416069 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 13 2024 23:51:58 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14389293 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 13 2024 23:40:40 | Wells Fargo Bank, NA, MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14364808 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 13 2024 23:41:21 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 67

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | Fifth Third Bank |
| cr | | LSF9 MASTER PARTICIPATION TRUST |
| cr | | THE BANK OF NEW YORK MELLON |
| cr | | The Bank Of New York Mellon, etal |
| cr | * | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 15, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: May 13, 2024 | Form ID: pdf900 | Total Noticed: 76 |

Amy L. Zema
    on behalf of Plaintiff Robert E. Shifko amy@zemalawoffice.com

Amy L. Zema
    on behalf of Debtor Robert E. Shifko amy@zemalawoffice.com

Amy L. Zema
    on behalf of Joint Debtor Amy M. Shifko amy@zemalawoffice.com

Amy L. Zema
    on behalf of Plaintiff Amy M. Shifko amy@zemalawoffice.com

Christopher A. DeNardo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-11CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11CB c&# logsecf@logs.com

Christopher A. DeNardo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-11CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-11CB logsecf@logs.com

Denise Carlon
    on behalf of Creditor Fifth Third Bank dcarlon@kmllawgroup.com

James P. Valecko
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jvalecko@weltman.com  PitEcf@weltman.com

Jerome B. Blank
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jblank@pincuslaw.com  brausch@pincuslaw.com

Jill Manuel-Coughlin
    on behalf of Creditor The Bank Of New York Mellon  etal bankruptcy@powerskirn.com

Karina Velter
    on behalf of Defendant Wells Fargo Bank karina.velter@powerskirn.com  Kaitlyn.Pemper@powerskirn.com

Kevin Scott Frankel
    on behalf of Creditor Bayview Loan Servicing  LLC pabk@logs.com, logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor WELLS FARGO BANK  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com

Thomas Song
    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com

TOTAL: 17